# EXHIBIT 2

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.06.05 02:40:12 -04'00'

# United States of America
## United States Patent and Trademark Office

# AARDMAN

**Reg. No. 6,763,807**
**Registered Jun. 21, 2022**
**Int. Cl.: 18, 35, 41**
**Service Mark**
**Trademark**
**Principal Register**

Aardman Animations Limited  (UNITED KINGDOM limited company (ltd.) )
Gas Ferry Road
Bristol, UNITED KINGDOM BS16UN

CLASS 18: Bags, namely, shoulder bags, carry-all bags, rucksacks, sports bags, satchels, handbags and purses; wallets, purses; trunks for travelling and travelling bags; umbrellas, parasols; toiletry cases sold empty; dog wardrobes, namely, clothing and headwear for dogs

CLASS 35: Advertising services; advertising agency services; production of advertising films and audio-visual advertising media; design of advertising materials, namely, development of advertising concepts; marketing services; public relations; advertising, promotional advertising of products and services of third parties through sponsoring arrangements and license agreements relating to sporting events, cultural events, live theatrical shows, musical concerts and film festivals; advertising and promotional services by means of distributorship services and retail store services featuring fragrances, toiletries, recorded media, computer software, computer games, jewellery, watches, clocks, watch straps, key rings, printed matter, books and stationery, luggage, bags, cases, wallets and purses, household utensils, vessels and containers, glassware, china and plastic goods, clothing, footwear and headgear, household textiles, travellers' rugs, duvets, covers for pillows, cushions or duvets, rugs, mats, games, toys, playthings and sporting goods; commercial administration of the licensing of the goods and services of others

CLASS 41: Entertainment services in the nature of production and post-production of motion pictures, short films, television shows, and multimedia entertainment content; entertainment services in the nature of production of special effects, namely, model-making services, computer-generated imagery and computer generated graphics for the production of motion pictures, short films, television shows, and multimedia entertainment content; recording studio services; animation production and special effects animation for television shows, films and multimedia entertainment content; production and presentation of exhibitions for education, cultural, or entertainment purposes, live theatrical stage shows, live musical and theatrical performances; theatre productions; film and television show production; electronic games services, namely, providing online electronic games; providing on-line non-downloadable electronic publications in the nature of books, magazines, journals, brochures in the field of entertainment, children's entertainment, animation, comedy, fiction, children's fiction



Katherine Kelly Vidal

**Director of the United States
Patent and Trademark Office**



and educational content; information relating to entertainment

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF UNITED KINGDOM , REG. NO. 917117433, DATED 01-09-2018, EXPIRES 08-17-2027

SER. NO. 90-527,173, FILED 02-12-2021

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**Reg. No. 2,969,005**

## United States Patent and Trademark Office

Registered July 19, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## CREATURE COMFORTS

AARDMAN ANIMATIONS LIMITED (UNITED KINGDOM CORPORATION)
GAS FERRY ROAD
BRISTOL, BS1 6UN, UNITED KINGDOM

FOR: MOTION PICTURE FILM AND AUDIO, VIDEO AND DIGITAL TAPE RECORDINGS FEATURING ANIMATED CHARACTERS FOR USE ON AND/OR TRANSMISSION VIA RADIO, TELEVISION, CABLE AND SATELLITE; MOTION PICTURE FILMS FEATURING ANIMATED CHARACTERS; PRE-RECORDED DISCS, NAMELY, COMPACT, AUDIO AND VIDEO DISCS, PHONOGRAPH RECORDS, PRERECORDED TAPES, NAMELY, VIDEO, AUDIO AND DIGITAL TAPES, AND CD-ROMS FOR THE STORAGE OF AUDIO AND/OR VISUAL INFORMATION BOTH SEPARATELY AND TOGETHER FOR THE PURPOSES OF SYNCHRONOUS OR DIS-SYNCHRONOUS PLAYBACK OR INFORMATION RETRIEVAL, ALL FEATURING ANIMATED CHARACTERS; MUSICAL, SOUND AND VIDEO RECORDINGS FEATURING ANIMATED CHARACTERS; INTERACTIVE AND MULTIMEDIA COMPUTER SOFTWARE FEATURING ANIMATED CHARACTERS; PUBLICATIONS IN ELECTRONIC FORM, NAMELY BOOKS, MAGAZINES, PERIODICALS, STRIP CARTOONS (INDIVIDUAL AND COMPILATIONS), COMICS, ALL STORED ELECTRONICALLY ON CD-ROMS, DIGITAL VERSATILE DISKS, FLOPPY DISKS, CD-I, ON-LINE SITES AND OTHER ELECTRONIC STORAGE DEVICES, ALL FEATURING ANIMATED CHARACTERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

OWNER OF UNITED KINGDOM REG. NO. 1506389, DATED 10-14-1994, EXPIRES 7-13-2009.

SER. NO. 75-480,349, FILED 5-6-1998.

JOHN KELLY, EXAMINING ATTORNEY

Int. Cls.: 3, 9, 14, 16, 18, 20, 21, 25, 28, 29, 30, 32 and 41

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 13, 21, 22, 23, 25, 26, 27, 28, 29, 30, 32, 33, 36, 37, 38, 39, 40, 41, 45, 46, 48, 50, 51, 52, 100, 101 and 107

Reg. No. 3,627,049

**United States Patent and Trademark Office**  Registered May 26, 2009

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

# SHAUN THE SHEEP

AARDMAN ANIMATIONS LIMITED (ENGLAND LIMITED COMPANY)
GAS FERRY ROAD
BRISTOL BS1 6UN
UNITED KINGDOM

FOR: NON-MEDICATED TOILET PREPARA-TIONS, NAMELY, TOILET SOAP AND TOILET WATER; COSMETICS, NAMELY, LIPSTICK, EYE SHADOW, EYE LINER, FOUNDATION, SOAPS AND SHAMPOOS; COSMETIC KITS COMPRISED OF LIPSTICK, EYE SHADOW, EYE LINER, FOUN-DATION; TALCUM POWDER; PREPARATIONS FOR USE IN BATH OR SHOWER, NAMELY, SHAM-POO, BATH GELS, SHOWER GELS, BUBBLE BATH, BATH FOAM, NON-MEDICATED BATH SALTS, AND BATH OILS; PREPARATIONS FOR THE HAIR, NAMELY, HAIR CONDITIONERS, HAIR BLEACH AND HAIR GEL; PREPARATIONS FOR CLEANING TEETH, NAMELY, TOOTHPASTE AND NON-MEDI-CATED MOUTHWASH AND RINSE; PERFUME; PERFUMERY PREPARATIONS, NAMELY, EAU DE TOILET, EAU DE COLOGNE AND AFTER SHAVE LOTION; SHAVING PREPARATIONS, NAMELY, SHAVING GEL, SHAVING FOAM, AND AFTER SHAVE LOTIONS; DEODORANTS AND ANTI-PERSPIRANTS FOR PERSONAL USE; ESSEN-TIAL OILS FOR PERSONAL USE; SKIN CARE PREPARATIONS, NAMELY, SKIN CLEANSING LO-TIONS, SKIN CLEANSING CREAM AND SKIN CONDITIONERS; TOILETRIES, NAMELY, SOAP, BODY SPLASH, AND HAND AND BODY CREAMS; NON-MEDICATED MOUTHWASH AND RINSE; NAIL CARE PREPARATIONS, NAMELY, NAIL POLISH, NAIL VARNISHES, NAIL POLISH REMOV-ING PREPARATIONS AND NAIL VARNISH RE-MOVING PREPARATIONS; CLEANING, POLISHING, SCOURING AND ABRASIVE PRE-PARATIONS, NAMELY, PREPARATIONS FOR RE-MOVING COSMETICS, NAMELY, COTTON WOOL AND COTTON PADS, EMERY BOARDS, PUMICE STONES FOR PERSONAL USE; COSMETIC SUN TANNING PREPARATIONS, COSMETIC SUN PRO-TECTING PREPARATIONS, COSMETIC PREPARA-TIONS AGAINST SUN BURN; CLEANING PREPARATIONS, NAMELY, ALL PURPOSE CLEANING PREPARATIONS, HAIR CLEANING PREPARATIONS, HAND CLEANING PREPARA-TIONS AND DENTURE CLEANING PREPARA-TIONS; PREPARATIONS FOR LAUNDRY USE, NAMELY, LAUNDRY DETERGENT, LAUNDRY BLEACH AND LAUNDRY STAIN REMOVERS; POTPOURRI SACHETS; WIND SCREEN CLEANING PREPARATIONS; ESSENTIAL OIL FLAVORINGS FOR USE IN THE MANUFACTURE OF BEVERA-GES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: RADIO, TELEVISION, CABLE AND SATEL-LITE RECORDINGS AND CINEMATOGRAPHIC FILMS, ALL IN THE FIELDS OF MUSIC, ACTION, ADVENTURE, DRAMA, COMEDY, INTERVIEWS, DOCUMENTARIES, NEWS, CURRENT AFFAIRS, EXERCISE AND FITNESS, HEALTH, FICTION, SPORTS, LEISURE, MOTORING, RELIGION, LAW, CRIME, VIDEO GAMES, QUIZZES, COOKERY, NATURE, GARDENING, POLITICS, CULTURE, TRAVEL, NATURAL HISTORY, SOCIAL ISSUES, LANGUAGES, TEACHING, MATHEMATICS, GEO-GRAPHY, HISTORY, GEOLOGY, BIOLOGY, TECH-NOLOGY, HORROR, CLASSIC MOVIES AND WESTERN MOVIES, SCIENCE FICTION, DEC-ORATING, INTERIOR DESIGN, SCIENCE AND THE ARTS; MEDIA FOR STORAGE AND/OR RE-PRODUCTION OF SOUND AND/OR VISUAL IMA-GES, NAMELY, BLANK PORTABLE AND STATIONARY PLAYERS FOR SOUND, VIDEO AND DATA RECORDINGS ON CD-ROMS, MAG-NETIC DISKS, OPTICAL DISKS, AUDIO AND VI-DEO TAPE, AND RECORDER/PLAYERS FOR SOUND, VIDEO AND DATA RECORDINGS, BLANK CD-ROMS, COMPACT DISKS, DIGITAL VERSATILE DISKS (DVDS), MAGNETIC DISKS, OPTICAL DISKS, AUDIO AND VIDEO TAPE; PRE-RECORDED DISCS, RECORDS, TAPES, CD-ROMS, COMPACT DISKS, DIGITAL VERSATILE DISKS (DVDS), SOUND AND VIDEO RECORDINGS IN THE FIELDS OF MUSIC, ACTION, ADVENTURE, DRAMA, COMEDY, INTERVIEWS, DOCUMEN-TARIES, NEWS, CURRENT AFFAIRS, EXERCISE AND FITNESS, HEALTH, FICTION, SPORTS, LEI-

SURE, MOTORING, RELIGION, LAW, CRIME, VIDEO GAMES, QUIZZES, COOKERY, NATURE, GARDENING, POLITICS, CULTURE, TRAVEL, NATURAL HISTORY, SOCIAL ISSUES, LANGUAGES, TEACHING, MATHEMATICS, GEOGRAPHY, HISTORY, GEOLOGY, BIOLOGY, TECHNOLOGY, HORROR, CLASSIC MOVIES AND WESTERN MOVIES, SCIENCE FICTION, DECORATING, INTERIOR DESIGN, SCIENCE AND THE ARTS; INTERACTIVE, COMPUTER AND MULTI-MEDIA SOFTWARE FOR THE PURPOSES OF EDUCATION AND ENTERTAINMENT IN THE FIELDS OF ENTERTAINMENT AND ANIMATION, NAMELY, RADIO, TELEVISION, CABLE AND SATELLITE RECORDINGS AND FILMS IN THE FIELD OF MUSIC, ACTION, ADVENTURE, DRAMA, COMEDY, INTERVIEWS, DOCUMENTARIES, NEWS, CURRENT AFFAIRS, EXERCISE AND FITNESS, HEALTH, FICTION, SPORTS, LEISURE, MOTORING, RELIGION, LAW, CRIME, VIDEO GAMES, QUIZZES, COOKERY, NATURE, GARDENING, POLITICS, CULTURE, TRAVEL, NATURAL HISTORY, SOCIAL ISSUES, LANGUAGES, TEACHING, MATHEMATICS, GEOGRAPHY, HISTORY, GEOLOGY, BIOLOGY, TECHNOLOGY, HORROR, CLASSIC MOVIES AND WESTERN MOVIES, SCIENCE FICTION, DECORATING, INTERIOR DESIGN, SCIENCE AND THE ARTS; PUBLICATIONS IN ELECTRONIC FORM THAT ARE DOWNLOADABLE AND RECORDED ON COMPUTER MEDIA, NAMELY, BOOKS, MAGAZINES, COMICS, AND NEWSLETTERS RELATING TO RADIO, TELEVISION, CABLE AND SATELLITE RECORDINGS AND FILMS; CAMERAS; EYEGLASSES; CONTACT LENSES; EYEGLASSES CASES; SUNGLASSES; MOBILE PHONE STRAPS; MOUSE PADS AND OTHER PERSONAL COMPUTER ACCESSORIES, NAMELY, COMPACT DISK HOLDERS, COMPUTER DISK DRIVES, DUST COVERS, DIGITAL VERSATILE DISK (DVD) DRIVES, KEYBOARDS, MONITOR ARMS IN THE NATURE OF MOUNTING DEVICES FOR MONITORS, MONITOR STANDS, COMPUTER MOUSE HOLDERS, COMPUTER MOUSES, COMPUTER MOUSE PENS IN THE NATURE OF MAGNETO-OPTICAL PENS, COMPUTER CURSOR CONTROL DEVICES, NAMELY, LIGHT PENS; PRINTERS, PRINTER STANDS, SCANNERS, SPEAKERS FOR COMPUTERS; MOTORCYCLE HELMETS; TV GAMES, NAMELY, VIDEO GAMES AND COMPUTER GAMES SOFTWARE FOR USE WITH A TELEVISION SCREEN; AUDIO SPEAKERS AND LOUD SPEAKER SETS FOR CARS, NAMELY, STEREOS, SPEAKERS, AMPLIFIERS, EQUALIZERS, CROSSOVERS, SPEAKER HOUSINGS; COMPACT DISK HOLDERS AND CASSETTE HOLDERS FOR CARS; FIRE EXTINGUISHERS FOR CARS; SUNGLASS HOLDERS FOR CARS; DECORATIVE MAGNETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: ARTICLES MADE OF OR COATED WITH PRECIOUS METAL, NAMELY, PINS, BROOCHES, MONEY CLIPS, BELT BUCKLES FOR CLOTHING, BADGES, JEWELLERY BOXES, ASH TRAYS, KEYRINGS, KEY CHAINS, CUFFLINKS, WRIST BRACELETS, ANKLE BRACELETS, BANGLES, AMULETS, EARRINGS, NECKLACES, PENDANTS, MEDALLIONS, CHARMS, CANDLE RINGS, NAPKIN RINGS, PERSONAL RINGS, WATCH STRAPS, TIE PINS, ORNAMENTAL PINS, JEWELLERY PINS, TIE CLIPS, NON-MONETARY COINS, HAT AND SHOE ORNAMENTS, STATUETTES, FIGURINES, FIGURES, JEWELLERY AND CIGARETTE CASES, COASTERS, NAPKIN RINGS, SERVING TRAYS, GOBLETS, EGG CUPS, SALT CELLARS, PEPPER POTS, COFFEE SERVICES, TEA POTS, TEA STRAINERS, TEA CADDIES, DINNERWARE, NAMELY, PLATES, CUPS, MUGS, SAUCERS, BOWLS, SERVING PLATTERS AND TABLEWARE, NAMELY, TIMEPIECES, CHRONOMETERS AND SUNDIALS, AND WRIST WATCHES; PRECIOUS AND SEMI-PRECIOUS STONES AND GEMSTONES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: PAPER, CARDBOARD AND GOODS MADE FROM THESE MATERIALS, NAMELY, PARTY BANNERS, CONE PAPER PARTY HATS, PAPER PARTY VISORS, PARTY DECORATIONS, PAPER NAPKINS, TABLE COVERS, TREAT SACKS AND PHOTOGRAPHS; BOOKBINDINGS; ARTISTS' MATERIALS, NAMELY, ARTS AND CRAFT CLAY MODELLING KITS, PAINT SETS COMPOSED OF PAINT AND PAPER, AND PAINT BOXES, NAMELY, ARTS AND CRAFT PAINT KITS; PAINT BRUSHES; PRINTED MATTER, NAMELY, BROCHURES, NEWSPAPERS, PERIODICALS, MAGAZINES AND BOOKS IN THE FIELDS OF ENTERTAINMENT AND ANIMATION, NAMELY, RADIO, TELEVISION, CABLE AND SATELLITE RECORDINGS AND FILMS IN THE FIELD OF MUSIC, ACTION, ADVENTURE, DRAMA, COMEDY, INTERVIEWS, DOCUMENTARIES, NEWS, CURRENT AFFAIRS, EXERCISE AND FITNESS, HEALTH, FICTION, SPORTS, LEISURE, MOTORING, RELIGION, LAW, CRIME, VIDEO GAMES, QUIZZES, COOKERY, NATURE, GARDENING, POLITICS, CULTURE, TRAVEL, NATURAL HISTORY, SOCIAL ISSUES, LANGUAGES, TEACHING, MATHEMATICS, GEOGRAPHY, HISTORY, GEOLOGY, BIOLOGY, TECHNOLOGY, HORROR, CLASSIC MOVIES AND WESTERN MOVIES, SCIENCE FICTION, DECORATING, INTERIOR DESIGN, SCIENCE AND THE ARTS; DIARIES, PERSONAL ORGANIZERS, BLANK BOUND JOURNALS, ADDRESS BOOKS, TRADING CARDS, STICKERS, PHOTO ALBUMS, SCRAPBOOKS, PAPER GIFT BAGS, POSTCARDS, POSTERS, BOOK MARKERS, CALENDARS, WRAPPING PAPER; PHOTO STANDS; STATIONERY, NAMELY, INVITATIONS, ANNOUNCEMENT CARDS, PLACE CARDS, THANK YOU NOTES, STATIONERY SETS, FILES, PAPER, ENVELOPES, MEMO PADS, NOTE PADS, DRAWING PADS, GREETING CARDS, FOLDERS; PEN AND PENCIL CASES; RUBBER ERASERS; PENCILS; PENCIL HOLDERS; ADHESIVES AND ADHESIVE TAPE FOR STATIONERY OR HOUSEHOLD PURPOSES; WRITING INSTRUMENTS; PENS; BALLPOINT PENS; FELT PENS; FIBRE-TIP PENS; CRAYONS; CHALKS; PENCIL SHARPENERS; TRACING PAPER; MODELLING MATERIALS, NAMELY, MODELLING CLAY; PHOTOGRAPHS; IRON-ON TRANSFERS, NAMELY, DECALCOMANIAS; STICKERS; DECALCOMANIAS; COLOURING SETS CONSISTING OF COLOURING INSTRUMENTS AND COLOURING BOOKS; PAPER CRAFT SETS

CONSISTING OF COLOURED PAPER FOR FOLDING AND/OR PAPER CUTOUT FIGURES, AND INSTRUCTIONS FOR USE THEREWITH; PLASTIC TAX DISC HOLDERS FOR CARS AND MOTORCYCLES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: SHOULDER BAGS; CARRY-ALL BAGS; SATCHELS; RUCKSACKS; SPORTS BAGS; HANDBAGS; PURSES; TRUNKS; TRAVELING BAGS; LEATHER AND IMITATIONS OF LEATHER AND GOODS MADE OF THESE MATERIALS, NAMELY, TRUNKS, TRAVELING BAGS, BAGS, RUCKSACKS, SPORTS BAGS, HANDBAGS AND PURSES; UMBRELLAS; PARASOLS; WALKING STICKS; WHIPS; HARNESSES AND SADDLERY; TOILETRY POUCHES SOLD EMPTY; DOG WARDROBES, NAMELY, CLOTHING AND HEADWEAR FOR DOGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: GOODS OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR ALL THESE MATERIALS, OR OF PLASTICS, NAMELY, FURNITURE, MIRRORS, PICTURE FRAMES, JEWELLERY CASES, KEYRINGS, STATUETTES AND FIGURINES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: HOUSEHOLD AND KITCHEN UTENSILS AND CONTAINERS NOT OF PRECIOUS METAL OR COATED THEREWITH, NAMELY, GLOBES AND NON-METAL DECORATIVE BOXES, NAMELY, HOUSEHOLD STORAGE BOXES, MADE OF GLASS, PORCELAIN, EARTHENWARE, CHINA OR CRYSTAL; CONTAINERS FOR HOUSEHOLD OR KITCHEN USE; RESEALABLE PLASTIC CONTAINERS FOR DOMESTIC USE; MEAL TRAYS; BEVERAGE GLASSWARE; PORCELAIN AND EARTHENWARE, NAMELY, DINNERWARE, DISHES, VASES, PLANTERS FOR FLOWERS, PLANTS, TREES AND SHRUBS; PANS; KETTLES; DISHES; LUNCH BOXES; WASTE BASKETS; GLASS DISHES; PLANTERS FOR FLOWERS, PLANTS, TREES AND SHRUBS; VASES; CANDLE STANDS NOT OF PRECIOUS METAL; SHOEHORNS; TOOTHBRUSHES; TERRA-COTTA, PORCELAIN OR GLASS FIGURINES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: CLOTHING, NAMELY, T-SHIRTS, SHIRTS, BLOUSES, SWEATSHIRTS, SWEATERS, FLEECE TOPS, TROUSERS, SHORTS, SKIRTS, UNDERWEAR, BOXER SHORTS, BRIEFS, NIGHTDRESSES, NIGHTSHIRTS, DRESSING GOWNS, ROBES, WAISTCOATS, BRACES, VESTS, GLOVES, MITTENS, APRONS, SOCKS, SCARVES, NECKTIES, MUFFLERS, BELTS, DRESSES, COATS, SWIM SUITS, PYJAMAS; FOOTWEAR, NAMELY, SLIPPERS, SLIPPER SOCKS, TRAINING SHOES, SNEAKERS, SANDALS, BOOTS, SHOES, JAPANESE SLIPPERS; HEADGEAR, NAMELY, CAPS, HATS, BASEBALL CAPS, HEADSCARVES, VISORS, EAR MUFFS, HEADBANDS, SWEATBANDS; CLOTHING FOR MOTORCYCLISTS, NAMELY, LEATHER JACKETS, LEATHER TROUSERS, BOOTS, GLOVES AND WATERPROOF SUITS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: PUPPETS AND TOY MODELS BASED ON CHARACTERS FROM TELEVISION, CABLE AND SATELLITE RECORDINGS AND FILMS; TOY MASKS BASED ON CHARACTERS FROM TELEVISION, CABLE AND SATELLITE RECORDINGS AND FILMS; TOYS, NAMELY, PLUSH TOYS OF A VARIETY OF MATERIALS; PLUSH DOLLS; TOY FIGURINES; DOLLS; DOLL ACCESSORIES; NURSERY TOYS; TOY RIDE-ON ANIMALS; TOY RIDE-ON VEHICLES; GAMES AND PLAYTHINGS, NAMELY, BOARD GAMES, JIGSAW PUZZLES, MODELLING KITS FOR MAKING TOY ANIMAL, PEOPLE, VEHICLE, CAR, TRUCK, AIRCRAFT, TRAIN AND BOAT MODELS; PIÑATAS; SPORTING ARTICLES, NAMELY, BATS, HOCKEY STICKS, RACKETS FOR SPORTS, BALLS, SHUTTLECOCKS, FISHING TACKLE, FISHING REELS, FISHING RODS, LINES, LURES, HOOKS, GAFFS, CREELS, FLOATS, FLIES, SINKERS AND NETS AS RELATED TO SPORTS FISHING, GOLF CLUBS, GOLF BAGS AND NON-MOTORIZED GOLF TROLLEYS, GOLF GLOVES, BASEBALL GLOVES, BOXING GLOVES, FLIPPERS FOR SWIMMING, BODY BOARDS, SAILBOARDS, SURFBOARDS, ARCHERY ARM GUARDS, ARCHERY ARROWS, ARCHERY BOW CASES, ARCHERY BOWS, ARCHERY TARGETS, ARCHERY QUIVERS, ROLLER SKATES, ICE SKATES, IN-LINE SKATES, SKIS, DARTS, DISCUSES, PUNCH BAGS; PLAYGROUND ACTIVITY APPARATUS, NAMELY, SWINGS, BARS, CLIMBING FRAMES, SLIDES, ROUNDABOUTS; NON-ILLUMINATED DECORATIONS FOR CHRISTMAS TREES; PLAYING CARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: MEAT; FISH; POULTRY; GAME; MEAT EXTRACTS; PRESERVED, DRIED AND COOKED FRUIT, NAMELY, FRUIT PRESERVES, CANNED FRUITS AND FRUIT CHIPS; CANDIED, SHELLED AND ROASTED NUTS; PICKLED, CANNED AND BOTTLED VEGETABLES THAT ARE WHOLE OR SLICED; JELLIES, JAMS, APPLESAUCE, CRANBERRY SAUCE, ORANGE SAUCE; EGGS; MILK AND DAIRY PRODUCTS, NAMELY, FLAVOURED MILK DRINKS, YOGURT, CHEESE, COTTAGE CHEESE; EDIBLE OILS; EDIBLE FATS; VEGETABLE-BASED AND POTATO-BASED SNACKS, IN CLASS 29 (U.S. CL. 46).

FOR: COFFEE; TEA; COCOA; SUGAR; RICE; TAPIOCA; SAGO; ARTIFICIAL COFFEE; FLOUR; PROCESSED CEREALS; BISCUITS; COOKIES; READY TO EAT CEREAL DERIVED FOOD BARS; BREADS; PASTRIES; CHOCOLATES; CANDY; SHAVED, FLAVORED ICES; HONEY; TREACLE; YEAST; BAKING-POWDER; SALT; MUSTARD; VINEGAR; SAUCES, NAMELY, CONDIMENTS; SPICES; ICE; SNACK FOODS, NAMELY, COOKIES, BISCUITS, CAKES AND CAKE MIXES, POPCORN, SALTED AND UNSALTED GRAIN AND CEREAL BASED SNACKS, IN CLASS 30 (U.S. CL. 46).

FOR: BEERS; MINERAL AND AERATED WATERS; CARBONATED SOFT DRINKS; FRUIT

DRINKS; FRUIT JUICES; SYRUPS FOR MAKING FRUIT-BASED AND FRUIT FLAVOURED DRINKS AND SOFT DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FOR: ENTERTAINMENT SERVICES FOR ADULTS AND CHILDREN IN THE NATURE OF PROVIDING TELEVISION AND RADIO PROGRAMS, FEATURE FILMS IN THE FIELDS OF ENTERTAINMENT AND ANIMATION, NAMELY, RADIO, TELEVISION, CABLE AND SATELLITE PROGRAMS AND FILMS IN THE FIELD OF MUSIC, ACTION, ADVENTURE, DRAMA, COMEDY, INTERVIEWS, DOCUMENTARIES, NEWS, CURRENT AFFAIRS, EXERCISE AND FITNESS, HEALTH, FICTION, SPORTS, LEISURE, MOTORING, RELIGION, LAW, CRIME, VIDEO GAMES, QUIZZES, COOKERY, NATURE, GARDENING, POLITICS, CULTURE, TRAVEL, NATURAL HISTORY, SOCIAL ISSUES, LANGUAGES, TEACHING, MATHEMATICS, GEOGRAPHY, HISTORY, GEOLOGY, BIOLOGY, TECHNOLOGY, HORROR, CLASSIC MOVIES AND WESTERN MOVIES, SCIENCE FICTION, DECORATING, INTERIOR DESIGN, SCIENCE AND THE ARTS, SHORT CLIPS, NEWS, VARIETY, COMEDY, MUSIC, TALK, INTERVIEWS; CONDUCTING COMPETITIONS IN THE FIELDS OF ATHLETICS, SPELLING, GENERAL AND SPECIALIZED KNOWLEDGE; LIVE PERFORMANCES BY MUSICAL BANDS; LIVE MUSIC CONCERTS; THEATRICAL, MUSICAL, VARIETY, NEWS AND COMEDY TELEVISION AND RADIO SHOWS FEATURING CHARACTERS FROM RADIO AND TELEVISION PROGRAMS, VIDEO GAMES AND MOVIES; LIVE THEATRICAL, MUSICAL, VARIETY, NEWS AND COMEDY ROAD SHOWS AND LIVE THEATRICAL, MUSICAL, VARIETY, NEWS AND COMEDY STAGED EVENTS FOR ENTERTAINMENT FEATURING CHARACTERS FROM RADIO AND TELEVISION PROGRAMS, VIDEO GAMES AND MOVIES; PRODUCTION AND RECORDING OF FILMS, RADIO AND TELEVISION PROGRAMMES, VIDEO, AUDIO AND MULTIMEDIA RECORDINGS; DISTRIBUTION OF FILMS, RADIO AND TELEVISION PROGRAMMES FOR OTHERS; RECORDING STUDIO SERVICES; ANIMATION PRODUCTION AND SPECIAL EFFECTS SERVICES FOR RADIO, TELEVISION OR FILMS; PRODUCTION AND PRESENTATION OF LIVE THEATRICAL, MUSICAL, VARIETY, NEWS AND COMEDY SHOWS AND PERFORMANCES; THEATRE SERVICES, NAMELY, THEATRICAL PERFORMANCES, PLAYS AND MUSICALS; PUBLICATION SERVICES, NAMELY, BOOK AND MUSIC PUBLISHING SERVICES; ELECTRONIC PUBLISHING SERVICES, NAMELY, PUBLICATION OF TEXTUAL AUDIO, AUDIO-VISUAL AND GRAPHIC WORKS OF OTHERS ON OPTICAL DISKS, MAGNETIC DISKS AND TAPES, AND THROUGH A GLOBAL COMPUTER NETWORK FEATURING OR ASSOCIATED WITH TELEVISION AND RADIO PROGRAMS; ELECTRONIC GAMES SERVICES, NAMELY, PROVISION OF ONLINE GAMES OVER THE INTERNET; PROVIDING ON-LINE ELECTRONIC PUBLICATIONS, NAMELY, PROVIDING INFORMATION ON AND RELATING TO TELEVISION AND RADIO PROGRAMMES AND FEATURE FILMS AND CHARACTERS FEATURED THEREIN; PROVIDING INFORMATION RELATING TO ENTERTAINMENT, NAMELY, TIME AND DATE LISTINGS FOR PROGRAMMES AND PERFORMANCES, PROGRAMME INFORMATION, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

PRIORITY DATE OF 10-14-2005 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0903831 DATED 4-13-2006, EXPIRES 4-13-2016.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SHEEP", APART FROM THE MARK AS SHOWN.

SER. NO. 79-031,031, FILED 4-13-2006.

REBECCA POVARCHUK, EXAMINING ATTORNEY

**Int. Cls.: 3, 9, 14, 16, 18, 20, 21, 25, 28, 29, 30, 32 and 41**

**Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 13, 21, 22, 23, 25, 26, 27, 28, 29, 30, 32, 33, 36, 37, 38, 39, 40, 41, 45, 46, 48, 50, 51, 52, 100, 101 and 107**

Reg. No. 3,583,470

# United States Patent and Trademark Office

Registered Mar. 3, 2009

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



AARDMAN ANIMATIONS LIMITED (ENGLAND LIMITED COMPANY)
GAS FERRY ROAD
BRISTOL BS1 6UN
UNITED KINGDOM

FOR: NON-MEDICATED TOILET PREPARATIONS, NAMELY, TOILET SOAP AND TOILET WATER; COSMETICS, NAMELY, LIPSTICK, EYE SHADOW, EYE LINER, FOUNDATION, SOAPS AND SHAMPOOS; COSMETIC KITS COMPRISED OF LIPSTICK, EYE SHADOW, EYE LINER, FOUNDATION; TALCUM POWDER; PREPARATIONS FOR USE IN BATH OR SHOWER, NAMELY, SHAMPOO, BATH GELS, SHOWER GELS, BUBBLE BATH, BATH FOAM, NON-MEDICATED BATH SALTS, AND BATH OILS; PREPARATIONS FOR THE HAIR, NAMELY, HAIR CONDITIONERS, HAIR BLEACH AND HAIR GEL; PREPARATIONS FOR CLEANING TEETH, NAMELY, TOOTHPASTE AND NON-MEDICATED MOUTHWASH AND RINSE; PERFUME; PERFUMERY PREPARATIONS, NAMELY, EAU DE TOILET, EAU DE COLOGNE AND AFTER SHAVE LOTION; SHAVING PREPARATIONS, NAMELY, SHAVING GEL, SHAVING FOAM, AND AFTER SHAVE LOTIONS; DEODORANTS AND ANTI-PERSPIRANTS FOR PERSONAL USE; ESSENTIAL OILS FOR PERSONAL USE; SKIN CARE PREPARATIONS, NAMELY, SKIN CLEANSING LOTIONS, SKIN CLEANSING CREAM AND SKIN CONDITIONERS; TOILETRIES, NAMELY, SOAP, BODY SPLASH, AND HAND AND BODY CREAMS;

NON-MEDICATED MOUTHWASH AND RINSE; NAIL CARE PREPARATIONS, NAMELY, NAIL POLISH, NAIL VARNISHES, NAIL POLISH REMOVING PREPARATIONS AND NAIL VARNISH REMOVING PREPARATIONS; CLEANING, POLISHING, SCOURING AND ABRASIVE PREPARATIONS, NAMELY, PREPARATIONS FOR REMOVING COSMETICS, NAMELY, COTTON WOOL AND COTTON PADS, EMERY BOARDS, PUMICE STONES FOR PERSONAL USE; COSMETIC SUN TANNING PREPARATIONS, COSMETIC SUN PROTECTING PREPARATIONS, COSMETIC PREPARATIONS AGAINST SUN BURN; CLEANING PREPARATIONS, NAMELY, ALL PURPOSE CLEANING PREPARATIONS, HAIR CLEANING PREPARATIONS, HAND CLEANING PREPARATIONS AND DENTURE CLEANING PREPARATIONS; PREPARATIONS FOR LAUNDRY USE, NAMELY, LAUNDRY DETERGENT, LAUNDRY BLEACH AND LAUNDRY STAIN REMOVERS; POTPOURRI SACHETS; WIND SCREEN CLEANING PREPARATIONS; ESSENTIAL OIL FLAVORINGS FOR USE IN THE MANUFACTURE OF BEVERAGES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: RADIO, TELEVISION, CABLE AND SATELLITE RECORDINGS AND CINEMATOGRAPHIC FILMS, ALL IN THE FIELDS OF MUSIC, ACTION, ADVENTURE, DRAMA, COMEDY, INTERVIEWS, DOCUMENTARIES, NEWS, CURRENT AFFAIRS, EXERCISE AND FITNESS, HEALTH, FICTION, SPORTS, LEISURE, MOTORING, RELIGION, LAW,

CRIME, VIDEO GAMES, QUIZZES, COOKERY, NATURE, GARDENING, POLITICS, CULTURE, TRAVEL, NATURAL HISTORY, SOCIAL ISSUES, LANGUAGES, TEACHING, MATHEMATICS, GEOGRAPHY, HISTORY, GEOLOGY, BIOLOGY, TECHNOLOGY, HORROR, CLASSIC MOVIES AND WESTERN MOVIES, SCIENCE FICTION, DECORATING, INTERIOR DESIGN, SCIENCE AND THE ARTS; MEDIA FOR STORAGE AND/OR REPRODUCTION OF SOUND AND/OR VISUAL IMAGES, NAMELY, BLANK PORTABLE AND STATIONARY PLAYERS FOR SOUND, VIDEO AND DATA RECORDINGS ON CD-ROMS, MAGNETIC DISKS, OPTICAL DISKS, AUDIO AND VIDEO TAPE, AND RECORDER/PLAYERS FOR SOUND, VIDEO AND DATA RECORDINGS, BLANK CD-ROMS, COMPACT DISKS, DIGITAL VERSATILE DISKS (DVDS), MAGNETIC DISKS, OPTICAL DISKS, AUDIO AND VIDEO TAPE; PRE-RECORDED DISCS, RECORDS, TAPES, CD-ROMS, COMPACT DISKS, DIGITAL VERSATILE DISKS (DVDS) SOUND AND VIDEO RECORDINGS IN THE FIELDS OF MUSIC, ACTION, ADVENTURE, DRAMA, COMEDY, INTERVIEWS, DOCUMENTARIES, NEWS, CURRENT AFFAIRS, EXERCISE AND FITNESS, HEALTH, FICTION, SPORTS, LEISURE, MOTORING, RELIGION, LAW, CRIME, VIDEO GAMES, QUIZZES, COOKERY, NATURE, GARDENING, POLITICS, CULTURE, TRAVEL, NATURAL HISTORY, SOCIAL ISSUES, LANGUAGES, TEACHING, MATHEMATICS, GEOGRAPHY, HISTORY, GEOLOGY, BIOLOGY, TECHNOLOGY, HORROR, CLASSIC MOVIES AND WESTERN MOVIES, SCIENCE FICTION, DECORATING, INTERIOR DESIGN, SCIENCE AND THE ARTS; INTERACTIVE, COMPUTER AND MULTI-MEDIA SOFTWARE FOR THE PURPOSES OF EDUCATION AND ENTERTAINMENT IN THE FIELDS OF ENTERTAINMENT AND ANIMATION, NAMELY, RADIO, TELEVISION, CABLE AND SATELLITE RECORDINGS AND FILMS IN THE FIELD OF MUSIC, ACTION, ADVENTURE, DRAMA, COMEDY, INTERVIEWS, DOCUMENTARIES, NEWS, CURRENT AFFAIRS, EXERCISE AND FITNESS, HEALTH, FICTION, SPORTS, LEISURE, MOTORING, RELIGION, LAW, CRIME, VIDEO GAMES, QUIZZES, COOKERY, NATURE, GARDENING, POLITICS, CULTURE, TRAVEL, NATURAL HISTORY, SOCIAL ISSUES, LANGUAGES, TEACHING, MATHEMATICS, GEOGRAPHY, HISTORY, GEOLOGY, BIOLOGY, TECHNOLOGY, HORROR, CLASSIC MOVIES AND WESTERN MOVIES, SCIENCE FICTION, DECORATING, INTERIOR DESIGN, SCIENCE AND THE ARTS; PUBLICATIONS IN ELECTRONIC FORM THAT ARE DOWNLOADABLE AND RECORDED ON COMPUTER MEDIA, NAMELY, BOOKS, MAGAZINES, COMICS, AND NEWSLETTERS RELATING TO RADIO, TELEVISION, CABLE AND SATELLITE RECORDINGS AND FILMS; CAMERAS; EYEGLASSES; CONTACT LENSES; EYEGLASSES CASES; SUNGLASSES; MOBILE PHONE STRAPS; MOUSE PADS AND OTHER PERSONAL COMPUTER ACCESSORIES, NAMELY, COMPACT DISK HOLDERS, COMPUTER DISK DRIVES, DUST COVERS, DIGITAL VERSATILE DISK (DVD) DRIVES, KEYBOARDS, MONITOR ARMS IN THE NATURE OF MOUNTING DEVICES

FOR MONITORS, MONITOR STANDS, COMPUTER MOUSE HOLDERS, COMPUTER MOUSES, COMPUTER MOUSE PENS IN THE NATURE OF MAGNETO-OPTICAL PENS, COMPUTER CURSOR CONTROL DEVICES, NAMELY, LIGHT PENS; PRINTERS, PRINTER STANDS, SCANNERS, SPEAKERS FOR COMPUTERS; MOTORCYCLE HELMETS; TV GAMES, NAMELY, VIDEO GAMES AND COMPUTER GAMES SOFTWARE FOR USE WITH A TELEVISION SCREEN; AUDIO SPEAKERS AND LOUD SPEAKER SETS FOR CARS, NAMELY, STEREOS, SPEAKERS, AMPLIFIERS, EQUALIZERS, CROSSOVERS, SPEAKER HOUSINGS; COMPACT DISK HOLDERS AND CASSETTE HOLDERS FOR CARS; FIRE EXTINGUISHERS FOR CARS; SUNGLASS HOLDERS FOR CARS; DECORATIVE MAGNETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: ARTICLES MADE OF OR COATED WITH PRECIOUS METAL, NAMELY, PINS, BROOCHES, MONEY CLIPS, BELT BUCKLES FOR CLOTHING, BADGES, JEWELLERY BOXES, ASH TRAYS, KEYRINGS, KEY CHAINS, CUFFLINKS, WRIST BRACELETS, ANKLE BRACELETS, BANGLES, AMULETS, EARRINGS, NECKLACES, PENDANTS, MEDALLIONS, CHARMS, CANDLE RINGS, NAPKIN RINGS, PERSONAL RINGS, WATCH STRAPS, TIE PINS, ORNAMENTAL PINS, JEWELLERY PINS, TIE CLIPS, NON-MONETARY COINS, HAT AND SHOE ORNAMENTS, STATUETTES, FIGURINES, FIGURES, JEWELLERY AND CIGARETTE CASES, COASTERS, NAPKIN RINGS, SERVING TRAYS, GOBLETS, EGG CUPS, SALT CELLARS, PEPPER POTS, COFFEE SERVICES, TEA POTS, TEA STRAINERS, TEA CADDIES, DINNERWARE, NAMELY, PLATES, CUPS, MUGS, SAUCERS, BOWLS, SERVING PLATTERS AND TABLEWARE, NAMELY, TIMEPIECES, CHRONOMETERS AND SUNDIALS, AND WRIST WATCHES; PRECIOUS AND SEMI-PRECIOUS STONES AND GEMSTONES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: PAPER, CARDBOARD AND GOODS MADE FROM THESE MATERIALS, NAMELY, PARTY BANNERS, CONE PAPER PARTY HATS, PAPER PARTY VISORS, PARTY DECORATIONS, PAPER NAPKINS, TABLE COVERS, TREAT SACKS AND PHOTOGRAPHS; BOOK BINDINGS; ARTISTS' MATERIALS, NAMELY, ARTS AND CRAFT CLAY MODELLING KITS, PAINT SETS COMPOSED OF PAINT AND PAPER, AND PAINT BOXES, NAMELY, ARTS AND CRAFT PAINT KITS; PAINT BRUSHES; PRINTED MATTER, NAMELY, BROCHURES, NEWSPAPERS, PERIODICALS, MAGAZINES AND BOOKS IN THE FIELDS OF ENTERTAINMENT AND ANIMATION, NAMELY, RADIO, TELEVISION, CABLE AND SATELLITE RECORDINGS AND FILMS IN THE FIELD OF MUSIC, ACTION, ADVENTURE, DRAMA, COMEDY, INTERVIEWS, DOCUMENTARIES, NEWS, CURRENT AFFAIRS, EXERCISE AND FITNESS, HEALTH, FICTION, SPORTS, LEISURE, MOTORING, RELIGION, LAW, CRIME, VIDEO GAMES, QUIZZES, COOKERY, NATURE, GARDENING, POLITICS, CULTURE, TRAVEL, NATURAL HISTORY, SOCIAL ISSUES, LANGUAGES, TEACHING, MATHEMATICS, GEOGRAPHY, HISTORY, GEOLOGY, BIOLOGY, TECH-

NOLOGY, HORROR, CLASSIC MOVIES AND WESTERN MOVIES, SCIENCE FICTION, DECORATING, INTERIOR DESIGN, SCIENCE AND THE ARTS; DIARIES, PERSONAL ORGANISERS, BLANK BOUND JOURNALS, ADDRESS BOOKS, TRADING CARDS, STICKERS, PHOTO ALBUMS, SCRAPBOOKS, PAPER GIFT BAGS, POSTCARDS, POSTERS, BOOK MARKERS, CALENDARS, WRAPPING PAPER; PHOTO STANDS; STATIONERY, NAMELY, INVITATIONS, ANNOUNCEMENT CARDS, PLACE CARDS, THANK YOU NOTES, STATIONERY SETS, FILES, PAPER, ENVELOPES, MEMO PADS, NOTE PADS, DRAWING PADS, GREETING CARDS, FOLDERS; PEN AND PENCIL CASES; RUBBER ERASERS; PENCILS; PENCIL HOLDERS; ADHESIVES AND ADHESIVE TAPE FOR STATIONERY OR HOUSEHOLD PURPOSES; WRITING INSTRUMENTS; PENS; BALLPOINT PENS; FELT PENS; FIBRE-TIP PENS; CRAYONS; CHALKS; PENCIL SHARPENERS; TRACING PAPER; MODELLING MATERIALS, NAMELY, MODELLING CLAY; PHOTOGRAPHS; IRON-ON TRANSFERS, NAMELY, DECALOMANIAS; STICKERS; DECALCOMANIAS; COLOURING SETS CONSISTING OF COLOURING INSTRUMENTS AND COLOURING BOOKS; PAPER CRAFT SETS CONSISTING OF COLOURED PAPER FOR FOLDING AND/OR PAPER CUTOUT FIGURES, AND INSTRUCTIONS FOR USE THEREWITH; PLASTIC TAX DISC HOLDERS FOR CARS AND MOTORCYCLES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: SHOULDER BAGS; CARRY-ALL BAGS; SATCHELS; RUCKSACKS; SPORTS BAGS; HANDBAGS; PURSES; TRUNKS; TRAVELING BAGS; LEATHER AND IMITATIONS OF LEATHER AND GOODS MADE OF THESE MATERIALS, NAMELY, TRUNKS, TRAVELING BAGS, BAGS, RUCKSACKS, SPORTS BAGS, HANDBAGS AND PURSES; ANIMALS SKINS AND HIDES; UMBRELLAS; PARASOLS; WALKING STICKS; WHIPS; HARNESSES AND SADDLERY; TOILETRY POUCHES SOLD EMPTY; DOG WARDROBES, NAMELY, CLOTHING AND HEADWEAR FOR DOGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: GOODS OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR ALL THESE MATERIALS, OR OF PLASTICS, NAMELY, FURNITURE, MIRRORS, PICTURE FRAMES, JEWELLERY CASES, KEYRINGS, STATUETTES AND FIGURINES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: HOUSEHOLD AND KITCHEN UTENSILS AND CONTAINERS NOT OF PRECIOUS METAL OR COATED THEREWITH, NAMELY, GLOBES AND NON-METAL DECORATIVE BOXES, NAMELY, HOUSEHOLD STORAGE BOXES, MADE OF GLASS, PORCELAIN, EARTHENWARE, CHINA OR CRYSTAL; CONTAINERS FOR HOUSEHOLD OR KITCHEN USE; RESEALABLE PLASTIC CONTAINERS FOR DOMESTIC USE; MEAL TRAYS; BEVERAGE GLASSWARE; PORCELAIN AND EARTHENWARE, NAMELY, DINNERWARE, DISHES, VASES, PLANTERS FOR FLOWERS, PLANTS, TREES AND SHRUBS; PANS; KETTLES; DISHES; LUNCH BOXES; WASTE BASKETS; GLASS DISHES; PLANTERS FOR FLOWERS, PLANTS, TREES AND SHRUBS; VASES; CANDLE STANDS NOT OF PRECIOUS METAL; SHOEHORNS; TOOTHBRUSHES; TERRA-COTTA, PORCELAIN OR GLASS FIGURINES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: CLOTHING, NAMELY, T-SHIRTS, SHIRTS, BLOUSES, SWEATSHIRTS, SWEATERS, FLEECE TOPS, TROUSERS, SHORTS, SKIRTS, UNDERWEAR, BOXER SHORTS, BRIEFS, NIGHTDRESSES, NIGHTSHIRTS, DRESSING GOWNS, ROBES, WAISTCOATS, BRACES, VESTS, GLOVES, MITTENS, APRONS, SOCKS, SCARVES, NECKTIES, MUFFLERS, BELTS, DRESSES, COATS, SWIM SUITS, PYJAMAS; FOOTWEAR, NAMELY, SLIPPERS, SLIPPER SOCKS, TRAINING SHOES, SNEAKERS, SANDALS, BOOTS, SHOES, JAPANESE SLIPPERS; HEADGEAR, NAMELY, CAPS, HATS, BASEBALL CAPS, HEADSCARVES, VISORS, EAR MUFFS, HEADBANDS, SWEATBANDS; CLOTHING FOR MOTORCYCLISTS, NAMELY, LEATHER JACKETS, LEATHER TROUSERS, BOOTS, GLOVES AND WATERPROOF SUITS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: PUPPETS AND TOY MODELS BASED ON CHARACTERS FROM TELEVISION, CABLE AND SATELLITE RECORDINGS AND FILMS; TOY MASKS BASED ON CHARACTERS FROM TELEVISION, CABLE AND SATELLITE RECORDINGS AND FILMS; TOYS, NAMELY, PLUSH TOYS OF A VARIETY OF MATERIALS; PLUSH DOLLS; TOY FIGURINES; DOLLS; DOLL ACCESSORIES; NURSERY TOYS; TOY RIDE-ON ANIMALS; TOY RIDE-ON VEHICLES; GAMES AND PLAYTHINGS, NAMELY, BOARD GAMES, JIGSAW PUZZLES, MODELLING KITS FOR MAKING TOY ANIMAL, PEOPLE, VEHICLE, CAR, TRUCK, AIRCRAFT, TRAIN AND BOAT MODELS; PIÑATAS; SPORTING ARTICLES, NAMELY, BATS, HOCKEY STICKS, RACKETS FOR SPORTS, BALLS, SHUTTLECOCKS, FISHING TACKLE, FISHING REELS, FISHING RODS, LINES, LURES, HOOKS, GAFFS, CREELS, FLOATS, FLIES, SINKERS AND NETS AS RELATED TO SPORTS FISHING, GOLF CLUBS, GOLF BAGS AND NON-MOTORIZED GOLF TROLLEYS, GOLF GLOVES, BASEBALL GLOVES, BOXING GLOVES, FLIPPERS FOR SWIMMING, BODY BOARDS, SAILBOARDS, SURFBOARDS, ARCHERY ARM GUARDS, ARCHERY ARROWS, ARCHERY BOW CASES, ARCHERY BOWS, ARCHERY TARGETS, ARCHERY QUIVERS, ROLLER SKATES, ICE SKATES, IN-LINE SKATES, SKIS, DARTS, DISCUSES, PUNCH BAGS; PLAYGROUND ACTIVITY APPARATUS, NAMELY, SWINGS, BARS, CLIMBING FRAMES, SLIDES, ROUNDABOUTS; NONILLUMINATED DECORATIONS FOR CHRISTMAS TREES; PLAYING CARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: MEAT; FISH; POULTRY; GAME; MEAT EXTRACTS; PRESERVED, DRIED AND COOKED FRUIT, NAMELY, FRUIT PRESERVES, CANNED

FRUITS AND FRUIT CHIPS; CANDIED, SHELLED AND ROASTED NUTS; PICKLED, CANNED AND BOTTLED VEGETABLES THAT ARE WHOLE OR SLICED; JELLIES, JAMS, APPLESAUCE, CRANBERRY SAUCE, ORANGE SAUCE; EGGS; MILK AND DAIRY PRODUCTS, NAMELY, FLAVOURED MILK DRINKS, YOGURT, CHEESE, COTTAGE CHEESE; EDIBLE OILS; EDIBLE FATS; VEGETABLE-BASED AND POTATO-BASED SNACKS, IN CLASS 29 (U.S. CL. 46).

FOR: COFFEE; TEA; COCOA; SUGAR; RICE; TAPIOCA; SAGO; ARTIFICIAL COFFEE; FLOUR; PROCESSED CEREALS; BISCUITS; COOKIES; CEREAL BARS; BREADS; PASTRIES; CHOCOLATES; CANDY; SHAVED, FLAVORED ICES; HONEY; TREACLE; YEAST; BAKING-POWDER; SALT; MUSTARD; VINEGAR; SAUCES, NAMELY, CONDIMENTS; SPICES; ICE; SNACK FOODS, NAMELY, COOKIES, BISCUITS, CAKES AND CAKE MIXES, POPCORN, SALTED AND UNSALTED GRAIN AND CEREAL BASED SNACKS, IN CLASS 30 (U.S. CL. 46).

FOR: BEERS; MINERAL AND AERATED WATERS; CARBONATED SOFT DRINKS; FRUIT DRINKS; FRUIT JUICES; SYRUPS FOR MAKING FRUIT-BASED AND FRUIT FLAVOURED DRINKS AND SOFT DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FOR: ENTERTAINMENT SERVICES FOR ADULTS AND CHILDREN IN THE NATURE OF PROVIDING TELEVISION AND RADIO PROGRAMS, FEATURE FILMS IN THE FIELDS OF ENTERTAINMENT AND ANIMATION, NAMELY, RADIO, TELEVISION, CABLE AND SATELLITE PROGRAMS AND FILMS IN THE FIELD OF MUSIC, ACTION, ADVENTURE, DRAMA, COMEDY, INTERVIEWS, DOCUMENTARIES, NEWS, CURRENT AFFAIRS, EXERCISE AND FITNESS, HEALTH, FICTION, SPORTS, LEISURE, MOTORING, RELIGION, LAW, CRIME, VIDEO GAMES, QUIZZES, COOKERY, NATURE, GARDENING, POLITICS, CULTURE, TRAVEL, NATURAL HISTORY, SOCIAL ISSUES, LANGUAGES, TEACHING, MATHEMATICS, GEOGRAPHY, HISTORY, GEOLOGY, BIOLOGY, TECHNOLOGY, HORROR, CLASSIC MOVIES AND WESTERN MOVIES, SCIENCE FICTION, DECORATING, INTERIOR DESIGN, SCIENCE AND THE ARTS, SHORT CLIPS, NEWS, VARIETY, COMEDY, MUSIC, TALK, INTERVIEWS; CONDUCTING COMPETITIONS IN THE FIELDS OF ATHLETICS, SPELLING, GENERAL AND SPECIALIZED KNOWLEDGE; LIVE PERFORMANCES BY MUSICAL BANDS; LIVE MUSIC CONCERTS; THEATRICAL, MUSICAL, VARIETY, NEWS AND COMEDY TELEVISION AND RADIO SHOWS FEATURING CHARACTERS FROM RADIO AND TELEVISION PROGRAMS, VIDEO GAMES AND MOVIES; LIVE THEATRICAL, MUSICAL, VARIETY, NEWS AND COMEDY ROAD SHOWS AND LIVE THEATRICAL, MUSICAL, VARIETY, NEWS AND COMEDY STAGED EVENTS FOR ENTERTAINMENT FEATURING CHARACTERS FROM RADIO AND TELEVISION PROGRAMS, VIDEO GAMES AND MOVIES; PRODUCTION AND RECORDING OF FILMS, RADIO AND TELEVISION PROGRAMMES, VIDEO, AUDIO AND MULTIMEDIA RECORDINGS; DISTRIBUTION OF FILMS, RADIO AND TELEVISION PROGRAMMES FOR OTHERS; RECORDING STUDIO SERVICES; ANIMATION PRODUCTION AND SPECIAL EFFECTS SERVICES FOR RADIO, TELEVISION OR FILMS; PRODUCTION AND PRESENTATION OF LIVE THEATRICAL, MUSICAL, VARIETY, NEWS AND COMEDY SHOWS AND PERFORMANCES; THEATRE SERVICES, NAMELY, THEATRICAL PERFORMANCES, PLAYS AND MUSICALS; PUBLICATION SERVICES, NAMELY, BOOK AND MUSIC PUBLISHING SERVICES; ELECTRONIC PUBLISHING SERVICES, NAMELY, PUBLICATION OF TEXTUAL AUDIO, AUDIO-VISUAL AND GRAPHIC WORKS OF OTHERS ON OPTICAL DISKS, MAGNETIC DISKS AND TAPES, AND THROUGH A GLOBAL COMPUTER NETWORK FEATURING OR ASSOCIATED WITH TELEVISION AND RADIO PROGRAMS; ELECTRONIC GAMES SERVICES, NAMELY PROVISION OF ONLINE GAMES OVER THE INTERNET; PROVIDING ON-LINE ELECTRONIC PUBLICATIONS, NAMELY, PROVIDING INFORMATION ON AND RELATING TO TELEVISION AND RADIO PROGRAMMES AND FEATURE FILMS AND CHARACTERS FEATURED THEREIN; PROVIDING INFORMATION RELATING TO ENTERTAINMENT, NAMELY TIME AND DATE LISTINGS FOR PROGRAMMES AND PERFORMANCES, PROGRAMME INFORMATION, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

PRIORITY DATE OF 10-18-2005 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0903544 DATED 4-13-2006, EXPIRES 4-13-2016.

THE COLOR(S) BLACK, WHITE, AND OFF-WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE COLOR BLACK APPEARS IN THE FACE, EARS, LEGS, FEET AND PUPILS OF THE SHEEP DESIGN; THE COLOR WHITE APPEARS IN THE EYES OF THE SHEEP DESIGN; THE COLOR OFF WHITE APPEARS IN THE MAIN BODY OF THE SHEEP DESIGN.

SER. NO. 79-030,934, FILED 4-13-2006.

REBECCA POVARCHUK, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,147,355**

**Registered Aug. 29, 2023**

**Int. Cl.: 9, 16, 18, 24, 25, 28, 35, 41**

**Service Mark**

**Trademark**

**Principal Register**

Aardman Animations Limited  (UNITED KINGDOM limited company (ltd.) )
Gas Ferry Road
Bristol, Avon BS1 6UN
UNITED KINGDOM

CLASS 9: Downloadable electronic publications, namely, journals, magazines, books and brochures in the field of entertainment, children's entertainment, family entertainment, animation, drama, comedy, fiction, children's fiction and educational content for children and adults; Downloadable educational media, namely, journals, magazines, books and brochures in the field of entertainment, children's entertainment, family entertainment, animation, drama, comedy, fiction, children's fiction and educational content for children and adults; Motion picture films and animated films in the fields of entertainment, children's entertainment, family entertainment, animation, drama, comedy, fiction, children's fiction and educational content for children and adults; Downloadable animated cartoon strips; Downloadable radio, television, cable and satellite recordings featuring entertainment, children's entertainment, family entertainment, animation, drama, comedy, fiction, children's fiction and educational content for children and adults; Blank digital media for storage and reproduction of sound and visual images; Pre- recorded magnetic data carriers featuring entertainment, children's entertainment, family entertainment, animation, drama, comedy, fiction, children's fiction and educational content for children and adults; Laser discs, compact discs, and DVDs featuring movies, films, animation, cartoons, music, audio recording and video recordings, in the fields of entertainment, children's entertainment, family entertainment, animation, drama, comedy, fiction, children's fiction and educational content for children and adults; Downloadable computer game software relating to entertainment, children's entertainment, family entertainment, animation, drama, comedy, fiction, children's fiction and educational content for children and adults; Downloadable educational game software for children in the field of entertainment, children's entertainment, family entertainment, animation, drama, comedy, fiction, children's fiction and educational content for children and adults; Downloadable computer game software applications for games, entertainment and animation;



**Director of the United States**
**Patent and Trademark Office**



downloadable educational mobile game applications in the field of entertainment, children's entertainment, family entertainment, animation, drama, comedy, fiction, children's fiction and educational content for children and adults; Downloadable computer game software; Cases and covers for smartphones, tablet computers and communications devices, namely, laptops and smart watches; Bags adapted for laptops; Mouse mats; Decorative magnets; Magnetic badges in the nature of electronically encoded badges and swipe cards for use with time clocks; Optical glasses; Sunglasses; Spectacle cases

CLASS 16: Printed matter, namely, instructional and teaching materials in the nature of books in the fields of entertainment, children's entertainment, family entertainment, animation, drama, comedy, fiction, children's fiction and educational content for children and adults; Printed instructional and teaching materials in the field of entertainment, children's entertainment, family entertainment, animation, drama, comedy, fiction, children's fiction and educational content for children and adults; Printed books in the field of entertainment, children's entertainment, family entertainment, animation, drama, comedy, fiction, children's fiction and educational content for children and adults; Blank cards; Printed greetings cards; Printed postcards; Printed magazines in the field of entertainment, children's entertainment, family entertainment, animation, drama, comedy, fiction, children's fiction and educational content for children and adults; Printed calendars; Stationery; Writing instruments and writing materials, namely, paper; Paper; Envelopes; Memo pads; Adhesive note pads; Drawing pads; Folders being stationery; Pen and pencil cases; Erasers; Pencils; Pencil holders; Crayons; Chalks; Pencil sharpeners; Pencil cases; Temporary tattoo transfers; Stickers, Decalcomanias; Colouring sets consisting of colouring pens, pencils and printed matter, namely, coloring books; Modelling compounds for use by children; Artists' materials, namely, pens, pencils and paint brushes; Paint brushes; Paper craft sets consisting of coloured paper for folding and instructions for use therewith

CLASS 18: Luggage and travel bags; school bags; satchels; book bags; rucksacks; sports bags; handbags; wallets and purses; suitcases and travelling bags; umbrellas; wash bags sold empty for carrying toiletries; cosmetic bags sold empty and purses

CLASS 24: Textiles, namely, textile wall hangings, namely, cloth posters, textile fabrics for use in the manufacture of garments, bags, jackets, gloves, and apparel; textiles and substitutes for textiles, namely, textile tablecloths, textile substitute materials made from synthetic materials; bed covers and plastic table covers and textile tablecloths; travelling rugs, textile fabrics for use in the manufacture of apparel; duvets; duvet covers; pillowcases, covers for cushions or duvets

CLASS 25: Clothing, footwear and headwear, namely, t-shirts, shirts, tops, jumpers in the nature of knitted sweaters, and sweaters, trousers, sweatshirts, hoodies; aprons; socks; scarves; belts for clothing; dresses; coats; swimsuits; pyjamas; babywear, namely, bottoms, bodysuits and tops; shoes; boots; slippers; headwear, namely, caps

CLASS 28: Toys, games and playthings, namely, puppets, action toys, board games, and model toy vehicles; puppets and toy models; plush toys; playing cards; educational toys and playthings, namely, electronic educational game machines for children; electronic educational game machines for children

CLASS 35: Retail store services featuring paints, cutlery, and other digitally recorded media and animated cartoons, game software and computer software applications, downloadable music, video, audio, game, media and software files and applications, downloadable electronic publications, cases and covers for smartphones, tablets and communications devices, bags adapted for laptops, mouse mats, decorative magnets, magnetic badges, glasses, sunglasses, spectacle cases, hot water bottles, key rings, badges, printed matter, books, instructional and teaching materials, cards, postcards, book markers, art, pictures, prints, calendars, wrapping paper, stationery, paper, envelopes, memo pads, note pads, drawing pads, greeting cards, folders, writing cases, rubbers, erasers, pencils, pencil holders, adhesives for stationery or household purposes,

adhesive tape, writing instruments, crayons, chalks, pencil sharpeners, tracing paper, modelling materials, pencil cases, transfers, stickers, decalcomanias, colouring sets consisting of colouring instruments and printed matter, paper craft sets and materials, artists' materials, paint brushes, luggage and bags, school bags, satchels, book bags, rucksacks, sports bag, handbags, wallets and purses, suitcases and travelling bags, wash bags, cosmetic bags and purses, all-purpose portable household containers, cups and cup holders, glassware, porcelain, earthenware, crockery, works of art, statuettes, figurines, sculptures, household linen and textiles, bedlinen, towels, table linen, rugs, buttons, badges for wear, rugs, mats and matting, non-textile wall hangings, wallpaper, clothing, footwear and headgear, babywear, clothing accessories, toys, games and playthings, jigsaw puzzles, board games, toy models, model craft kits, sporting articles, decorations for Christmas trees, plush toys, playing cards, educational toys and playthings; Organizing and conducting exhibitions, fairs and events for commercial and advertising purposes; Advertising and promotional advertising of products and services of third parties through sponsoring arrangements and license agreements relating to events, products, and services, namely, films, television shows, radio programs, theatrical productions, musical shows, music artists, international sporting events, competitions, musical concerts, awards shows, art and cultural exhibitions, festivals, charitable fundraising events, theme parks and attractions, museums, postal and delivery services, financial and banking services, real estate services, energy services, educational services, food and drink, furniture, clothing, toys and games, toiletries and cosmetics, pharmaceuticals, software and consumer technology, home goods and sporting goods in the fields of entertainment, children and adults entertainment, family entertainment, animation, drama, comedy, fiction, children and adults fiction and educational content for children and adults; Advertising and promotional services through the distribution of merchandise, namely, distribution of products for advertising purposes

CLASS 41: Entertainment services, namely, providing classes and seminars in the field of entertainment, children's entertainment, family entertainment, animation, drama, comedy, fiction, children's fiction and educational content for children and adults; education, namely, providing classes and seminars in the field of entertainment, children's entertainment, family entertainment, animation, drama, comedy, fiction, children's fiction and educational content for children and adults; sporting and cultural activities, namely, conducting of sports competitions; animation production services; production of movie and TV special effects and animation production services for television and audio, video and digital media including online media; publication and editing of written text; video, audio and digital multimedia publishing services; on-line publishing services, namely, online electronic publishing of books and periodicals; providing online, non-downloadable electronic publications in the nature of journals, magazines, books and brochures in the field of entertainment, children's entertainment, family entertainment, animation, drama, comedy, fiction, children's fiction and educational content for children and adults; production of television shows; radio entertainment production; television entertainment services, namely, providing ongoing television programs in the field of entertainment, children and adults entertainment, family entertainment, animation, drama, comedy, fiction, children and adults fiction and educational content for children and adults via a global computer network; theatre productions; film production; distribution of films, radio and television programs, audio recordings, and multimedia entertainment content for others; production and distribution of videos in the field of entertainment, children and adults entertainment, family entertainment, animation, drama, comedy, fiction, children and adults fiction and educational content for children and adults; providing online videos, not downloadable, in the field of entertainment, children's entertainment, family entertainment, animation, drama, comedy, fiction, children's fiction and educational content for children and adults, not downloadable; providing online computer games, non-downloadable; presentation of variety shows; presentation of live show performances; amusement park services; providing amusement arcade services; organization of competitions in the fields of entertainment, children's entertainment, family entertainment, animation, drama, comedy, fiction, children's fiction and educational content for children and adults, for educational, cultural or for entertainment purposes; arranging and conducting

of exhibitions for entertainment, cultural or educational purposes; Educational services, namely, providing displays and exhibits in the fields of entertainment, children's entertainment, family entertainment, animation, drama, comedy, fiction, children's fiction and educational content for children and adults; arranging and conducting workshops for educational, training or recreational purposes in the field of entertainment, children's entertainment, family entertainment, animation, drama, comedy, fiction, children's fiction and educational content for children and adults; arranging, conducting and providing seminars and presentations in the field of entertainment, children's entertainment, family entertainment, animation, drama, comedy, fiction, children's fiction and educational content for children and adults

The mark consists of a stylized design of a sheep's head facing forward with the ears extended outward, two eyes on its face, its tongue sticking out to the left, and wool on top of its head.

PRIORITY DATE OF 12-14-2020 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1631068 DATED 04-26-2021, EXPIRES 04-26-2031

SER. NO. 79-327,682, FILED 04-26-2021

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

### United States Patent and Trademark Office

# TIMMY TIME

**Reg. No. 4,287,218**

**Registered Feb. 12, 2013**

**Int. Cls.: 3, 9, 14, 16, 18, 20, 21, 25, 28, 29, 30, 32 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



Acting Director of the United States Patent and Trademark Office

AARDMAN ANIMATIONS LIMITED (ENGLAND LIMITED COMPANY (LTD.))
GAS FERRY ROAD,
BRISTOL, AVON BS1 6UN
UNITED KINGDOM

FOR: BLEACHING PREPARATIONS AND OTHER SUBSTANCES FOR LAUNDRY USE, NAMELY, LAUNDRY DETERGENT, LAUNDRY BLEACH AND LAUNDRY STAIN RE-MOVERS; CLEANING, POLISHING, SCOURING AND ABRASIVE PREPARATIONS; SOAPS; PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS; DENTIFRICES; BODY CARE PRODUCTS, NAMELY, BODY CLEANSING LOTIONS, BODY CLEANSING CREAM AND BODY CONDITIONERS; LIQUID SOAPS, SHOWER AND BATH GEL, SHOWER AND BATH FOAM; NON-MEDICATED SALTS AND OILS FOR USE IN BATHS AND IN SHOWERS; FRAGRANCES; HAIR CARE PREPARATIONS, HAIR SHAMPOO; TOILET WATERS, EAU DE COLOGNE; CREAMS, LOTIONS, MILKS, OILS, POWDERS AND NON-MEDICATED OINTMENTS FOR THE CARE AND THE CLEANSING OF THE SKIN, BODY, HANDS AND FEET; DEODORANTS AND ANTI-PERSPIRANTS FOR USE ON THE PERSON; TALCUM POWDER; AFTER AND PRE-SHAVING PREPARATIONS, SHAVING CREAM, SHAVING MOUSSE, SHAVING GEL, SHAVING OIL AND SHAVING FOAM; COSMETIC SUN TANNING PREPARATIONS, COSMETIC SUN-PROTECTING PREPARATIONS, COSMETIC PREPAR-ATIONS AGAINST SUN-BURN, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: SOUND AND VIDEO RECORDINGS AND MOTION PICTURE FILMS, NAMELY, RA-DIO, TELEVISION, CABLE AND SATELLITE RECORDINGS AND FILMS, ALL IN THE FIELDS OF MUSIC, ACTION, ADVENTURE, DRAMA, COMEDY, INTERVIEWS, DOCU-MENTARIES, NEWS, CURRENT AFFAIRS, EXERCISE AND FITNESS, HEALTH, FICTION, SPORTS, LEISURE, VIDEO GAMES, QUIZZES, COOKERY, NATURE, GARDENING, CUL-TURE, TRAVEL, NATURAL HISTORY, SOCIAL ISSUES, LANGUAGES, TEACHING, MATHEMATICS, GEOGRAPHY, HISTORY, GEOLOGY, BIOLOGY, TECHNOLOGY, DEC-ORATING, SCIENCE AND THE ARTS; EXPOSED CAMERA FILM; BLANK DIGITAL OR ELECTRONIC STORAGE MEDIA ALSO FOR REPRODUCTION OF SOUND AND/OR VISUAL IMAGES; APPARATUS FOR REPRODUCTION OF SOUND AND/OR VISUAL IM-AGES, NAMELY, PORTABLE AND STATIONARY PLAYERS FOR SOUND, VIDEO AND DATA RECORDINGS ON CD-ROMS, MAGNETIC DISKS, OPTICAL DISKS, AUDIO AND VIDEO TAPE, AND RECORDER/PLAYERS FOR SOUND, VIDEO AND DATA RECORDINGS, BLANK CD-ROMS, COMPACT DISKS, DIGITAL VERSATILE DISKS (DVDS), MAGNETIC DISKS, OPTICAL DISKS, AUDIO AND VIDEO TAPE; PRE-RECORDED DISCS, RECORDS, TAPES, CD-ROMS FEATURING ANIMATION; SOUND AND VIDEO RECORDINGS,

**Reg. No. 4,287,218**  NAMELY, PRE-RECORDED DISCS, RECORDS, TAPES, CD-ROMS, SOUND AND VIDEO RECORDINGS IN THE FIELDS OF MUSIC, ACTION, ADVENTURE, DRAMA, COMEDY, INTERVIEWS, DOCUMENTARIES, NEWS, CURRENT AFFAIRS, EXERCISE AND FITNESS, HEALTH, FICTION, SPORTS, LEISURE, VIDEO GAMES, QUIZZES, COOKERY, NATURE, GARDENING, CULTURE, TRAVEL, NATURAL HISTORY, SOCIAL ISSUES, LANGUAGES, TEACHING, MATHEMATICS, GEOGRAPHY, HISTORY, GEOLOGY, BIOLOGY, TECHNO-LOGY, DECORATING, SCIENCE AND THE ARTS; INTERACTIVE AND MULTI-MEDIA SOFTWARE, NAMELY, COMPUTER SOFTWARE FOR CREATING, EDITING AND ANIM-ATING COMPUTER GAMES USED IN THE FIELDS OF ENTERTAINMENT AND ANIMA-TION; PUBLICATIONS IN ELECTRONIC FORM, NAMELY, BOOKS, MAGAZINES, COMICS AND NEWSLETTERS IN THE FIELDS OF RADIO, TELEVISION, CABLE AND SATELLITE RECORDINGS AND FEATURE FILMS RECORDED ON COMPUTER MEDIA; COMPUTER SOFTWARE, NAMELY, COMPUTER SOFTWARE FOR CREATING, EDITING AND ANIM-ATING COMPUTER GAMES IN THE FIELDS OF ENTERTAINMENT AND ANIMATION; CAMERAS, OPTICAL GLASSES, CONTACT LENSES, GLASSES CASES, SUNGLASSES, MOBILE PHONE STRAPS; MOUSE PADS AND OTHER PC ACCESSORIES, NAMELY, CD HOLDERS, DISK DRIVES, DUST COVERS, DIGITAL VERSATILE DISK (DVD) DRIVES, KEYBOARDS, MONITOR ARMS, MONITOR STANDS, MOUSE HOLDERS, MOUSES, MOUSE PENS, PRINTERS, PRINTER STANDS, SCANNERS, AUDIO SPEAKERS; MOTOR-CYCLE HELMETS; TV GAMES NAMELY, VIDEO GAMES AND COMPUTER GAMES SOFTWARE FOR USE WITH A TELEVISION SCREEN; AUDIO AND SPEAKER SETS FOR CARS, NAMELY, SUBWOOFERS, STEREOS, SPEAKERS, AMPLIFIERS, EQUALIZERS, CROSSOVERS, SPEAKER HOUSINGS; CD HOLDERS AND CASSETTE HOLDERS FOR CARS; FIRE EXTINGUISHERS FOR CARS; SUNGLASS HOLDERS FOR CARS; DECORATIVE MAGNETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PRECIOUS METALS AND THEIR ALLOYS AND GOODS IN PRECIOUS METALS OR COATED THEREWITH NOT INCLUDED IN OTHER CLASSES, NAMELY, PINS, BROOCHES, BADGES, JEWELLERY BOXES, KEYRINGS, KEY CHAINS, CUFFLINKS, WRIST BRACE-LETS, ANKLE BRACELETS, BANGLES, AMULETS, EARRINGS, NECKLACES, PENDANTS, MEDALLIONS, CHARMS, PERSONAL RINGS, WATCH STRAPS, TIE PINS, ORNAMENTAL PINS, JEWELLERY PINS, TIE CLIPS, NON-MONETARY COINS, HAT AND SHOE ORNA-MENTS, STATUETTES, FIGURINES, FIGURES, JEWELLERY, TIMEPIECES, CHRONOMET-ERS AND SUNDIALS, AND WRIST WATCHES; JEWELLERY, PRECIOUS STONES; HORO-LOGICAL AND CHRONOMETRIC INSTRUMENTS; WRIST WATCHES; CUFF LINKS; KEY CHAINS OF PRECIOUS METALS; KEY RINGS OF PRECIOUS METALS; JEWELLERY CASES, NOT OF PRECIOUS METALS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: PAPER, CARDBOARD AND GOODS MADE FROM THESE MATERIALS, NOT IN-CLUDED IN OTHER CLASSES NAMELY, PARTY BANNERS, PARTY DECORATIONS, PAPER NAPKINS, TABLE COVERS, TREAT SACKS AND PHOTOGRAPHS; BOOKBINDING MATERIAL; ARTISTS' MATERIALS, NAMELY, ARTS AND CRAFT CLAY MODELLING KITS, PAINT SETS COMPOSED OF PAINT AND PAPER, AND PAINT BOXES, NAMELY, ARTS AND CRAFT PAINT KITS; PAINT BRUSHES; PRINTED MATTER, NAMELY, MAGAZINES, BOOKS, CARDS, POSTCARDS, BOOK MARKERS, ALL IN THE FIELDS OF ENTERTAINMENT AND ANIMATION, NAMELY, RADIO, TELEVISION, CABLE AND SATELLITE RECORDINGS AND FILMS IN THE FIELD OF MUSIC, ACTION, ADVENTURE, DRAMA, COMEDY, INTERVIEWS, DOCUMENTARIES, NEWS, CURRENT AFFAIRS, EX-ERCISE AND FITNESS, HEALTH, FICTION, SPORTS, LEISURE, VIDEO GAMES, QUIZZES, COOKERY, NATURE, GARDENING, CULTURE, TRAVEL, NATURAL HISTORY, SOCIAL ISSUES, LANGUAGES, TEACHING, MATHEMATICS, GEOGRAPHY, HISTORY, GEOLOGY, BIOLOGY, TECHNOLOGY, DECORATING, SCIENCE AND THE ARTS; BROCHURES IN THE FIELDS OF ENTERTAINMENT AND ANIMATION, NAMELY, RADIO, TELEVISION, CABLE AND SATELLITE RECORDINGS AND FILMS IN THE FIELD OF MUSIC, ACTION, ADVENTURE, DRAMA, COMEDY, INTERVIEWS, DOCUMENTARIES, NEWS, CURRENT AFFAIRS, EXERCISE AND FITNESS, HEALTH, FICTION, SPORTS, LEISURE, VIDEO GAMES, QUIZZES, COOKERY, NATURE, GARDENING, CULTURE, TRAVEL, NATURAL HISTORY, SOCIAL ISSUES, LANGUAGES, TEACHING, MATHEMATICS, GEOGRAPHY,

**Reg. No. 4,287,218**

HISTORY, GEOLOGY, BIOLOGY, TECHNOLOGY, DECORATING, SCIENCE AND THE ARTS, NEWSPAPERS; PRINTED PERIODICALS, NAMELY, NEWSPAPERS AND MAGAZINES IN THE FIELDS OF ENTERTAINMENT AND ANIMATION, NAMELY, RADIO, TELEVISION, CABLE AND SATELLITE RECORDINGS AND FILMS IN THE FIELD OF MUSIC, ACTION, ADVENTURE, DRAMA, COMEDY, INTERVIEWS, DOCUMENTARIES, NEWS, CURRENT AFFAIRS, EXERCISE AND FITNESS, HEALTH, FICTION, SPORTS, LEISURE, VIDEO GAMES, QUIZZES, COOKERY, NATURE, GARDENING, CULTURE, TRAVEL, NATURAL HISTORY, SOCIAL ISSUES, LANGUAGES, TEACHING, MATHEMATICS, GEOGRAPHY, HISTORY, GEOLOGY, BIOLOGY, TECHNOLOGY, DECORATING, SCIENCE AND THE ARTS; MAGAZINES IN THE FIELDS OF ENTERTAINMENT AND ANIMATION, NAMELY, RADIO, TELEVISION, CABLE AND SATELLITE RECORDINGS AND FILMS IN THE FIELD OF MUSIC, ACTION, ADVENTURE, DRAMA, COMEDY, IN-TERVIEWS, DOCUMENTARIES, NEWS, CURRENT AFFAIRS, EXERCISE AND FITNESS, HEALTH, FICTION, SPORTS, LEISURE, VIDEO GAMES, QUIZZES, COOKERY, NATURE, GARDENING, CULTURE, TRAVEL, NATURAL HISTORY, SOCIAL ISSUES, LANGUAGES, TEACHING, MATHEMATICS, GEOGRAPHY, HISTORY, GEOLOGY, BIOLOGY, TECHNO-LOGY, DECORATING, SCIENCE AND THE ARTS; BOOKS IN THE FIELDS OF ENTERTAIN-MENT AND ANIMATION, NAMELY, RADIO, TELEVISION, CABLE AND SATELLITE RECORDINGS AND FILMS IN THE FIELD OF MUSIC, ACTION, ADVENTURE, DRAMA, COMEDY, INTERVIEWS, DOCUMENTARIES, NEWS, CURRENT AFFAIRS, EXERCISE AND FITNESS, HEALTH, FICTION, SPORTS, LEISURE, VIDEO GAMES, QUIZZES, COOKERY, NATURE, GARDENING, CULTURE, TRAVEL, NATURAL HISTORY, SOCIAL ISSUES, LANGUAGES, TEACHING, MATHEMATICS, GEOGRAPHY, HISTORY, GEOLOGY, BIOLOGY, TECHNOLOGY, DECORATING, SCIENCE AND THE ARTS; POSTCARDS, BOOK MARKERS, CALENDARS; WRAPPING PAPER, PHOTOGRAPH STANDS; STATIONERY; PAPER, ENVELOPES, MEMO PADS, NOTE PADS, DRAWING PADS; GREETING CARDS; FOLDERS; WRITING CASES IN THE NATURE OF PEN AND PENCIL CASES; ERASERS, PENCILS, PENCIL HOLDERS; ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES, ADHESIVE TAPES FOR HOUSEHOLD AND STATIONERY USE; WRITING INSTRUMENTS; PENCILS, CRAYONS, WRITING CHALKS; PENCIL SHARPENERS; TRACING PAPER; MODELLING MATERIALS, NAMELY, MODELLING CLAYS AND MOULDS FOR MODEL-LING CLAYS; PENCIL CASES; PAINT BRUSHES; TRANSFERS, STICKERS, DECALCOMANI-AS; COLOURING SETS CONSISTING OF COLOURING INSTRUMENTS AND PRINTED MATTER, PAPER CRAFT SETS CONSISTING OF COLOURED PAPER FOR FOLDING AND INSTRUCTIONS FOR USE THEREWITH; TAX DISC HOLDERS OF PAPER OR CARDBOARD FOR CARS AND MOTORCYCLES, NAMELY, PAPER ENVELOPES OR HOLDERS ESPE-CIALLY ADAPTED FOR HOLDING TOLL BOOTH TICKETS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: BAGS, NAMELY, RUCKSACKS, SPORTS BAGS, HANDBAGS AND PURSES; LEATHER AND IMITATIONS OF LEATHER, AND GOODS MADE OF THESE MATERIALS, NAMELY, TRUNKS, TRAVELLING BAGS, BAGS, RUCKSACKS, SPORTS BAGS, HAND-BAGS AND PURSES, WALLETS, KEY CASES; ANIMALS SKINS, HIDES; TRUNKS AND TRAVELLING BAGS; UMBRELLAS, PARASOLS AND WALKING STICKS; WHIPS, HAR-NESS AND SADDLERY; TOILETRY POUCHES SOLD EMPTY; DOG WARDROBES, NAMELY, CLOTHING AND HEADGEAR FOR DOGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: FURNITURE, MIRRORS, PICTURE FRAMES; GOODS NOT INCLUDED IN OTHER CLASSES OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR ALL THESE MATERIALS, OR OF PLASTICS, NAMELY, FURNITURE, MIRRORS, PICTURE FRAMES, KEYRINGS, STATUETTES AND FIGURINES; STATUETTES AND FIGURINES OF WOOD, RESIN, WAX, PLASTER OR PLASTIC; TRAYS NOT OF METAL, NAMELY, RIGID PLASTIC TRAYS FOR PACKAGING, COMPUTER KEYBOARD TRAYS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

**Reg. No. 4,287,218**

FOR: HOUSEHOLD OR KITCHEN UTENSILS, NOT OF PRECIOUS METAL OR COATED THEREWITH, NAMELY, GLOBES AND NON-METAL DECORATIVE BOXES, NAMELY, HOUSEHOLD STORAGE BOXES, MADE OF GLASS, PORCELAIN, EARTHENWARE, CHINA OR CRYSTAL; HOUSEHOLD OR KITCHEN CONTAINERS NOT OF PRECIOUS METAL OR COATED THEREWITH; GLASS BEVERAGEWARE; SALT CELLARS, PEPPER POTS, COFFEE SERVICES, TEA POTS, PLATES, CUPS, MUGS, SAUCERS, BOWLS AND SERVING PLATTERS OF PORCELAIN; EARTHENWARE, NAMELY, MUGS AND PLATES; STATUETTES AND FIGURINES OF CERAMIC; TOOTHBRUSHES; PANS, KETTLES, DISHES, LUNCH BOXES, WASTE BASKETS, GLASS DISHES, PLANTERS FOR FLOWERS AND PLANTS, VASES, CANDLE STANDS IN THE NATURE OF CANDLE HOLDERS AND PLATES, SHOEHORNS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: CLOTHING, NAMELY, APRONS, SOCKS, SCARVES, NECKTIES, MUFFLERS, BELTS, DRESSES, COATS, SWIM SUITS, PYJAMAS, T-SHIRTS FOR CHILDREN, POLO SHIRTS, SWEAT PANTS, SWEAT SHIRTS, HOODED SWEAT SHIRTS, DRESSING GOWNS AND BATH ROBES; FOOTWEAR, SHOES, SLIPPERS; HEADGEAR, NAMELY, CAPS, CLOTHING OF LEATHER, NAMELY, JACKETS AND TROUSERS, BOOTS, GLOVES AND WATERPROOF SUITS FOR MOTORCYCLISTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: PUPPETS AND TOY MODELS BASED ON CHARACTERS FROM TELEVISION, CABLE AND SATELLITE RECORDINGS AND FILMS; TOY MASKS; TOYS, NAMELY, PLUSH TOYS OF A VARIETY OF MATERIALS; GAMES AND PLAYTHINGS, NAMELY, BOARD GAMES, JIGSAW PUZZLES, MODELLING KITS FOR MAKING TOY ANIMALS, PEOPLE, VEHICLE, CAR, TRUCK, AIRCRAFT, TRAIN AND BOAT MODELS; SPORTING ARTICLES, NAMELY, BATS FOR GAMES, HOCKEY STICKS, RACKETS FOR SPORTS, BALLS, NAMELY, FOOTBALLS, TENNIS BALLS, BASKETBALLS, RUGBY BALLS, GOLF BALLS, SQUASH BALLS, CRICKET BALLS, SOCCER BALLS, HOCKEY BALLS, BASEBALLS AND PING PONG BALLS, SHUTTLECOCKS, FISHING TACKLE, FISHING REELS, FISHING RODS, LINES AND NETS AS RELATED TO SPORTS FISHING, GOLF CLUBS, GOLF BAGS AND NON-MOTORIZED GOLF TROLLEYS, GOLF GLOVES, BASEBALL GLOVES, BOXING GLOVES, FLIPPERS FOR SWIMMING, BODY BOARDS, SAILBOARDS, SURFBOARDS, ARCHERY ARM GUARDS, ARCHERY ARROWS, ARCHERY BOW CASES, ARCHERY BOWS, ARCHERY TARGETS, ARCHERY QUIVERS, ROLLER SKATES, ICE SKATES, IN-LINE SKATES, SKIS, DARTS, DISCUSES, PUNCH BAGS; PLAYGROUND ACTIVITY APPARATUS, NAMELY, SLIDES AND SWINGS; DECORATIONS FOR CHRISTMAS TREES; PLUSH DOLLS; PLAYING CARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: MEAT; FISH; POULTRY; GAME; MEAT EXTRACTS; PRESERVED, DRIED AND COOKED FRUIT; CANDIED, SHELLED AND ROASTED NUTS; PICKLED, CANNED AND BOTTLED, WHOLE OR SLICED VEGETABLES; JELLIES, JAMS, FRUIT PULPS AND PUREES; EGGS; MILK AND MILK PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGHURT; YOGURT; CHEESE; COTTAGE CHEESE; EDIBLE OILS; EDIBLE FATS; FRUIT, VEGETABLE, NUT AND POTATO-BASED SNACK FOODS, IN CLASS 29 (U.S. CL. 46).

FOR: COFFEE, TEA, COCOA, SUGAR, RICE, TAPIOCA, SAGO, ARTIFICIAL COFFEE; FLOUR AND PREPARATIONS MADE FROM CEREALS, NAMELY, PROCESSED CEREALS AND READY TO EAT CEREAL BASED FOOD BARS, BREAD, PASTRY AND CONFECTIONERY, NAMELY, CHOCOLATES, SHAVED ICE CONFECTIONS AND FLAVOURED ICES, CANDY AND OTHER SWEETS, ICES, HONEY, TREACLE; YEAST, BAKING-POWDER; SALT, MUSTARD; VINEGAR, SAUCES; SPICES; ICE; CHOCOLATE, BISCUIT, CAKE, RICE, POPCORN AND CEREAL-BASED SNACK FOODS, IN CLASS 30 (U.S. CL. 46).

FOR: BEERS; MINERAL AND AERATED WATERS AND OTHER NON-ALCOHOLIC DRINKS, NAMELY, CARBONATED SOFT DRINKS; FRUIT DRINKS AND FRUIT JUICES; SYRUPS AND OTHER PREPARATIONS FOR MAKING BEVERAGES, NAMELY, FRUIT-BASED AND FRUIT-FLAVOURED BEVERAGES, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

**Reg. No. 4,287,218**

FOR: ENTERTAINMENT SERVICES, NAMELY, PRODUCTION AND RECORDING OF FILMS, RADIO AND TELEVISION PROGRAMMES; ENTERTAINMENT SERVICES, NAMELY, DISTRIBUTION SERVICES, NAMELY, THE CREATION OF VIDEO, AUDIO AND MULTI-MEDIA RECORDINGS AND THE DISTRIBUTION OF THESE RECORDINGS TO MOVIE THEATERS AND TELEVISION STATIONS FOR DISPLAY TO THE PUBLIC; RECORDING STUDIO SERVICES; ANIMATION PRODUCTION SERVICES AND PREPARATION OF SPECIAL EFFECTS FOR RADIO, TELEVISION OR FILMS; PRODUCTION AND PRESENTATION OF LIVE DANCE AND MUSICAL PERFORMANCES, THEATRE SERVICES, NAMELY, THEATRICAL PERFORMANCES, PLAYS AND MUSICALS; PUBLICATION SERVICES, NAMELY, BOOK AND MUSIC PUBLISHING SERVICES; PROVIDING ONLINE ELECTRONIC GAMES; PROVIDING ON-LINE ELECTRONIC PUBLICATIONS, NAMELY, BOOKS, MAGAZINES, COMICS AND NEWSLETTERS PROVIDING INFORMATION ON AND RELATING TO TELEVISION AND RADIO PROGRAMMES AND FEATURE FILMS AND CHARACTERS FEATURED THEREIN; INFORMATION RELATING TO ENTERTAINMENT, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 11-30-2010 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1095939 DATED 12-9-2010, EXPIRES 12-9-2020.

SER. NO. 79-104,612, FILED 12-9-2010.

TOBY BULLOFF, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# TIMMY TIME

**Reg. No. 5,926,457**

**Registered Dec. 03, 2019**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Aardman Animations Limited (UNITED KINGDOM limited company (ltd.) )
Gas Ferry Road
Bristol, UNITED KINGDOM BSI6UN

CLASS 35: Online retail store services featuring merchandise and DVDs related to animated characters

FIRST USE 10-22-2007; IN COMMERCE 10-22-2007

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-443,876, FILED 05-23-2019



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cls.: 1, 3, 6, 9, 11, 14, 16, 18, 20, 21, 24, 25, 28, 29, 30 and 41

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 10, 12, 13, 14, 21, 22, 23, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 36, 37, 38, 39, 40, 41, 42, 46, 50, 51, 52, 100, 101 and 107

Reg. No. 3,424,968

## United States Patent and Trademark Office

Registered May 13, 2008

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER



WALLACE & GROMIT LIMITED (UNITED KINGDOM CORPORATION)
GAS FERRY ROAD
BRISTOL
AVON B51 6UN, UNITED KINGDOM

FOR: UNEXPOSED PHOTOGRAPHIC FILM; UNEXPOSED CINEMATOGRAPHIC FILM, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FOR: NON-MEDICATED TOILET PREPARATIONS, NAMELY, TOILET SOAP AND TOILET WATER; COSMETICS, NAMELY, LIPSTICK, EYE SHADOW, EYE LINER, FOUNDATION, SOAPS AND SHAMPOOS; COSMETIC KITS COMPRISED OF LIPSTICK, EYE SHADOW, EYE LINER, FOUNDATION, SOAPS AND SHAMPOOS; TALCUM POWDER; PREPARATIONS FOR USE IN BATH OR SHOWER, NAMELY, BATH GELS, SHOWER GELS, BUBBLE BATH, BATH FOAM, NON-MEDICATED BATH SALTS, AND BATH OILS; PREPARATIONS FOR THE HAIR, NAMELY, HAIR CONDITIONERS, HAIR BLEACH AND HAIR GEL; PREPARATIONS FOR CLEANING TEETH, NAMELY, TOOTHPASTE; PERFUME; PERFUMERY PREPARATIONS, NAMELY, EAU DE TOILET, EAU DE COLOGNE AND AFTERSHAVE LOTION; SHAVING PREPARATIONS, NAMELY, SHAVING GEL, SHAVING FOAM, AND AFTERSHAVE LOTIONS; DEODORANTS FOR PERSONAL USE; ESSENTIAL OILS FOR PERSONAL USE; SKIN CARE PREPARATIONS, NAMELY, SKIN CLEANSING LOTIONS, SKIN CLEANSING CREAM AND SKIN CONDITIONERS; TOILETRIES, NAMELY, SOAP, BODY SPLASH, AND HAND AND BODY CREAMS; PREPARATIONS FOR REMOVING COSMETICS, NAMELY,

COTTON WOOL AND COTTON PADS; NON-MEDICATED MOUTHWASH AND RINSE; NAIL CARE PREPARATIONS, NAMELY, NAIL POLISH, NAIL VARNISHES, NAIL POLISH REMOVING PREPARATIONS AND NAIL VARNISH REMOVING PREPARATIONS; EMERY BOARDS; PUMICE STONES FOR PERSONAL USE; DECORATIVE TRANSFERS FOR COSMETIC PURPOSES COMPRISING DECORATIONS ON SELF-ADHESIVE, CLEAR PLASTIC FILM; SHOE POLISH; CLEANING PREPARATIONS, NAMELY, ALL PURPOSE CLEANING PREPARATIONS, HAIR CLEANING PREPARATIONS, HAND CLEANING PREPARATIONS AND DENTURE CLEANING PREPARATIONS; PREPARATIONS FOR LAUNDRY USE, NAMELY, LAUNDRY DETERGENT, LAUNDRY BLEACH AND LAUNDRY STAIN REMOVERS; ESSENTIAL OIL FLAVORINGS FOR USE IN THE MANUFACTURE OF BEVERAGES; POTPOURRI, SACHETS; WIND SCREEN CLEANING PREPARATIONS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: METAL MONEY BOXES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FOR: SOUND, VIDEO AND DATA RECORDING AND REPRODUCING APPARATUS, NAMELY, PORTABLE AND STATIONARY PLAYERS FOR SOUND, VIDEO AND DATA RECORDINGS ON CD-ROMS, MAGNETIC DISKS, OPTICAL DISKS, AUDIO AND VIDEO TAPE, AND RECORDER/PLAYERS FOR SOUND, VIDEO AND DATA RECORDINGS; AMUSEMENT APPARATUS FOR USE WITH TELEVISION SCREENS OR VIDEO MONITORS, NAMELY, VIDEO GAME MACHINES FOR USE WITH TELEVISION AND VIDEO GAME IN-

TERACTIVE REMOTE CONTROL UNITS; APPARATUS FOR GAMES FOR USE WITH A TELEVISION SCREEN OR VIDEO MONITOR, NAMELY, JOYSTICKS, HELMETS AND PEDALS; COMPUTER SOFTWARE FOR ENTERTAINMENT, NAMELY, INTERACTIVE MULTIMEDIA COMPUTER GAME PROGRAMS; COMPUTER SOFTWARE FOR ENTERTAINMENT, NAMELY, COMPUTER GAME SOFTWARE AND INTERACTIVE VIDEO GAMES COMPRISED OF COMPUTER SOFTWARE, COMPUTER SOFTWARE, NAMELY, COMPUTER SOFTWARE FOR GAMES AND PRESENTATION OF NEWS AND CURRENT EVENTS; COMPUTER GAME CASSETTES, CARTRIDGES, AND DISKS; VIDEO GAME CARTRIDGES AND DISKS; VIDEO GAME CARTRIDGES FOR USE WITH ELECTRONIC GAME APPARATUS; MUSICAL SOUND RECORDINGS, MUSICAL VIDEO RECORDINGS; SUNGLASSES; DECORATIVE REFRIGERATOR MAGNETS; DECORATIVE MAGNETS; PHONOGRAPH RECORDS FEATURING MUSIC; BLANK AUDIO, VIDEO AND DATA TAPES AND DISKS; PRE-RECORDED TAPES AND DISKS FEATURING PRESENTATION AND INTERACTIVE MUSIC, ENTERTAINMENT, GRAPHICS, TEXT, GAMES AND GENERAL INFORMATION, NAMELY, GENERAL INFORMATION IN THE FIELD OF EDUCATIONAL AND ENTERTAINMENT MATERIAL FOR ADULTS AND CHILDREN; PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: HOT WATER BOTTLES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FOR: ARTICLES COATED WITH PRECIOUS METAL, NAMELY, PINS, BROACHES, WRISTWATCHES, CLOCKS, AND JEWELRY; PRECIOUS AND SEMI-PRECIOUS GEMSTONES; HOROLOGICAL INSTRUMENTS, NAMELY, WRISTWATCHES AND CLOCKS; CHRONOMETRIC INSTRUMENTS, NAMELY, CLOCKS, WATCHES AND CHRONOMETERS; SUN DIALS; PRECIOUS METAL MONEY CLIPS; BELT BUCKLES OF PRECIOUS METAL FOR CLOTHING; BADGES, JEWELRY BOXES AND ASH TRAYS OF PRECIOUS METAL; KEY FOBS, KEYRINGS AND KEY CHAINS, ALL OF PRECIOUS METAL OR COATED THEREWITH; CUFFLINKS, BROACHES, WRIST BRACELETS AND ANKLE BRACELETS; BANGLES, AMULETS, EARRINGS, NECKLACES, PENDANTS, MEDALLIONS, TRINKETS, AND CHARMS; CANDLE, NAPKIN AND PERSONAL RINGS OF PRECIOUS METAL; WATCH STRAPS; TIE PINS; ORNAMENTAL PINS; JEWELRY PINS; TIE CLIPS; NON-MONETARY COINS OF PRECIOUS METAL; HAT AND SHOE ORNAMENTS OF PRECIOUS METAL; STATUETTES, FIGURINES AND FIGURES OF PRECIOUS METAL; JEWELRY AND CIGARETTE CASES OF PRECIOUS METAL OR COATED THEREWITH; COASTERS, NAPKIN RINGS, SERVING TRAYS, GOBLETS, EGG CUPS, SALT CELLARS, PEPPER POTS, COFFEE SERVICES, TEA POTS, TEA STRAINERS, AND TEA CADDIES, ALL OF PRECIOUS METAL OR COATED THEREWITH; SILVERWARE, NAMELY, SILVER DINNERWARE, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: BOOK BINDINGS; ARTISTS MATERIALS OTHER THAN COLORS OR VARNISH, NAMELY, PENS, PENCILS AND PAINT BRUSHES; WRITING INSTRUMENTS, NAMELY, PENS, PENCILS AND CRAYONS; ERASERS; DRAFTING RULERS, DRAWING RULERS, AND UNGRADUATED RULERS; PENCIL SHARPENERS; PEN AND PENCIL BOXES; AND PEN CASES; PENCIL HOLDERS; MOUNTED AND UNMOUNTED PHOTOGRAPHS; PHOTOGRAPH ALBUMS; THREE-RING BINDERS; FOLDERS; NOTEBOOKS; NOTE PADS; DIARIES; CALENDARS; POST CARDS; GRAPHIC ART REPRODUCTIONS; STICKERS; TRANSFERS, NAMELY, IRON-ON, PLASTIC AND ADHESIVE BACKED DECALCOMANIAS; STENCILS; ORDINARY PLAYING CARDS; INDOOR TERRARIUMS FOR PLANT CULTIVATION AND TERRESTRIAL ANIMALS; PLASTIC PLACE MATS; PAINT TRAYS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: GOODS MADE FROM LEATHER AND IMITATION LEATHER, NAMELY, SHOPPING BAGS, KEY FOBS, SHOULDER BAGS, HANDBAGS, BRIEFCASES, AND SHOPPING BAGS; LUGGAGE; BOOK BAGS; BEACH BAGS; ATTACHE CASES; BUSINESS CASES; LUGGAGE TRUNKS; TRAVELING BAGS; RUCKSACKS; BACKPACKS; SCHOOL BAGS; SHOULDER BAGS; HANDBAGS; BRIEFCASES; SATCHELS, GYM BAGS; LEATHER, MESH AND TEXTILE SHOPPING BAGS; BEACH BAGS; PURSES, DRAWSTRING POUCHES, WALLETS, BILLFOLDS, CREDIT CARD CASES AND CALLING CARD CASES; VANITY CASES SOLD EMPTY; UMBRELLAS; PARASOLS; WALKING STICKS; COLLARS FOR DOGS, COLLARS FOR CATS AND OTHER DOMESTIC ANIMALS; PET PRODUCTS, NAMELY, LEADS FOR PETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: DECORATIVE WALL PLAQUES, LEATHER PICTURE FRAMES; NON-METAL MONEY BOXES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: CONTAINERS FOR HOUSEHOLD USE, NAMELY, GLOBES AND NON-METAL DECORATIVE BOXES; CONTAINERS FOR HOUSEHOLD OR KITCHEN USE, NOT OF PRECIOUS METAL; SMALL DOMESTIC CONTAINERS, NAMELY, NON-METAL DECORATIVE BOXES AND RESEALABLE PLASTIC CONTAINERS; MEAL TRAYS; BOWLS; DINNER PLATES; COMMEMORATIVE PLATES; DECORATIVE PLATES; WASH BASINS; HAND BASINS; COOKING POTS; STORAGE JARS; COOKIE JARS; CLEANING COMBS; HAIR COMBS; SCOURING SPONGES; SPONGES FOR HOUSEHOLD PURPOSES; SCRUBBING BRUSHES; FLOOR BRUSHES; CASES FOR BRUSHES AND COMBS; GLASSWARE, NAMELY, DRINKING GLASSES, BOWLS AND PLATES; PORCELAIN NOT INCLUDED IN OTHER CLASSES, NAMELY, PORCELAIN MUGS, KNOBS AND EGGS; EARTHENWARE, NOT INCLUDED IN OTHER CLASSES, NAMELY, EARTHENWARE MUGS AND BASINS; ORNAMENTS, STATUETTES AND FIGURINES OF CERAMIC, CHINA, CRYSTAL, GLASS, EARTHENWARE, TERRA COTTA AND PORCELAIN; DRINKING VESSELS; CUPS; MUGS; TUMBLERS; JUGS; TAN-

KARDS, NOT OF PRECIOUS METAL; DRINKING STEINS; EMPTY BOTTLES; SELTZER BOTTLES; INSULATED BOTTLES AND FLASKS; ICE PAILS; BOTTLE OPENERS; CORK SCREWS; PORTABLE COCKTAIL COOLERS; BUTTER COOLERS; CRUETS, NOT OF PRECIOUS METAL; HOUSE-HOLD UTENSILS, NAMELY, GRATERS; PASTRY CUTTERS; COOKIE JARS; GLASS JARS; EGG CUPS; LUNCH BOXES; COASTERS NOT OF PAPER AND NOT BEING TABLE LINENS; SERVING TRAYS NOT OF PRECIOUS METAL; BREAD BOARDS; CUTTING BOARDS; BREAD BINS; CANDLE STICKS NOT OF PRECIOUS METAL; SHAPED IRONING BOARD COVERS; NAPKIN RINGS NOT OF PRECIOUS METAL; NAPKIN HOLDERS; SOAP BOXES; ELECTRIC AND NON-ELECTRIC TOOTH-BRUSHES; FITTED PICNIC BASKETS; THERMAL-LY INSULATED CONTAINERS FOR FOOD AND DRINK; FLOWER BASKETS; STEAMER BASKETS; BUTTER DISHES AND BUTTER DISH COVERS; MOLDS FOR ICE CUBES, CAKES, COOKERY AND PASTRIES; CHINA, CRYSTAL AND GLASS ORNA-MENTS, NOT INCLUDING CHRISTMAS TREE OR-NAMENTS; CRYSTAL WARES, NAMELY, TRINKETS FOR DECORATION; CLEANING CLOTHS; PERFUME SPRAYERS SOLD EMPTY; TOOTHBRUSH HOLDERS; SOAP DISPENSERS; GARDENING GLOVES; HOUSEHOLD GLOVES FOR GENERAL USE; SOAP DISHES; SOAP BOXES; FLOWER POTS; MENU CARD HOLDERS; SHAV-ING BRUSHES; SHOE BRUSHES , IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: DISH CLOTHS; BABY NAPKINS OF TEX-TILE, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: ARTICLES OF CLOTHING, NAMELY, LEA-THER COATS, SUITS, PANTS, SHIRTS, HATS, COATS, SKIRTS, SCARVES AND BELTS; FOOT-WEAR; ARTICLES OF UNDERCLOTHING; JUM-PERS; TROUSERS; SLACKS; JEANS; SHORTS; T-SHIRTS; SWEAT SHIRTS; SWEATERS; SMOCKS; WAIST COATS; STOCKINGS; HEAD SQUARES; BERETS; TIGHTS; MONEY BELTS; CLOTHING BELTS; SOCKS; BEACHWEAR; BATHING AND SHOWER CAPS; BATHROBES; CLOTHING FOR BABIES AND TODDLERS, NAMELY, SHIRTS, PANTS, SHORTS, DRESSES, INFANT WEAR; CLOTH BIBS; SKI BIBS; BOOTS, AND SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: GYMNASTIC ARTICLES, NAMELY, GYM-NASTIC PARALLEL BARS AND GYMNASTIC AP-PARATUS; SPORTING ARTICLES, NAMELY, ATHLETIC WRIST AND JOINT SUPPORTS; COIN AND TOKEN OPERATED ELECTRICAL AND ELECTRONIC AMUSEMENT APPARATUS, NAME-LY, PINBALL MACHINES; CHRISTMAS TREE OR-NAMENTS; PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS , IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: MEAT; FISH FOR FOOD PURPOSES; POUL-TRY; GAME, NAMELY, VENISON AND BOAR; MEAT EXTRACTS; PRESERVED, DRIED AND COOKED FRUIT; CANDIED, SHELLED AND ROASTED NUTS; PICKLED, FRESH, CANNED AND BOTTLED, WHOLE OR SLICED VEGETA-BLES; JELLIES, JAMS, FRUIT SAUCES; EGGS; MILK; YOGURT; CHEESE; COTTAGE CHEESE; GOUDA, EDAM, CHEDDAR AND PROCESSED CHEESE; EDIBLE OILS; EDIBLE FATS; SNACK FOODS, NAMELY, POTATO-BASED SNACK FOODS; PROCESSED CORN, IN CLASS 29 (U.S. CL. 46).

FOR: COFFEE; TEA; COCOA; SUGAR; RICE; TAPIOCA; SAGO; ARTIFICIAL COFFEE; FLOUR; HONEY; TREACLE; YEAST; BAKING POWDER; SALT; MUSTARD; VINEGAR; CONDIMENT SAU-CES; SPICES; CAKES; BISCUITS; COOKIES, CHO-COLATE; CHOCOLATE FOOD BEVERAGES NOT BEING DAIRY-BASED OR VEGETABLE BASED; CUSTARD; EDIBLE ICES; ICE CREAM; FROZEN YOGURT; PIES; PIZZA; POPPED, CARAMEL AND GLAZED POPCORN; RICE-BASED AND WHEAT-BASED SNACK FOODS, IN CLASS 30 (U.S. CL. 46).

FOR: ENTERTAINMENT IN THE NATURE OF ONGOING TELEVISION AND RADIO PROGRAMS IN THE FIELD OF NEWS, VARIETY, COMEDY, MUSIC, TALK, AND INTERVIEWS; PRODUCTION OF RADIO AND TELEVISION PROGRAMS; DIS-TRIBUTION OF RADIO AND TELEVISION PRO-GRAMS FOR OTHERS; TELEVISION PROGRAM SYNDICATION; DEVELOPMENT AND DISSEMI-NATION OF EDUCATIONAL MATERIALS OF OTH-ERS IN THE FIELDS OF GENERAL INFORMATION, MUSIC AND VIDEOS; EDUCA-TIONAL AND ENTERTAINMENT SERVICES, NAMELY, PROVIDING MOTIVATIONAL AND EDUCATIONAL SPEAKERS FEATURING COMPU-TER ANIMATION PRODUCTION SERVICES, EN-TERTAINMENT SERVICES IN THE FORM OF EXHIBITING SHORT AUDIOVISUAL WORKS FEA-TURING ANIMATION, ANIMATION PRODUC-TION SERVICES, AND CARTOON ANIMATION SERVICES; COMPUTER ANIMATION PRODUC-TION SERVICES, PUBLISHING SERVICES, NAME-LY, BOOK AND MUSIC PUBLISHING SERVICES; ELECTRONIC PUBLISHING SERVICES, NAMELY, PUBLICATION OF TEXTUAL, AUDIO, AUDIO-VI-SUAL AND GRAPHIC WORKS OF OTHERS ON OPTICAL DISKS, MAGNETIC DISKS AND TAPES, AND THROUGH A GLOBAL COMPUTER NET-WORK FEATURING OR ASSOCIATED WITH TEL-EVISION AND RADIO PROGRAMS; ORGANIZING EXHIBITIONS FOR EDUCATIONAL, CULTURAL, SPORTING AND ENTERTAINMENT PURPOSES; ARRANGING AND CONDUCTING ATHLETIC COMPETITIONS; ENTERTAINMENT IN THE NAT-URE OF COMPETITIONS IN THE FIELD OF ATH-LETICS, SPELLING, GENERAL AND SPECIALIZED KNOWLEDGE; ENTERTAINMENT IN THE NAT-URE OF LIVE PERFORMANCES BY MUSICAL BANDS; ENTERTAINMENT IN THE NATURE OF LIVE MUSIC CONCERTS; ORGANIZING COMMU-NITY FESTIVALS FEATURING A VARIETY OF ACTIVITIES, NAMELY, SPORTING EVENTS, BOARD GAMES AND ATHLETIC GAMES; ORGA-NIZING ART EXHIBITIONS; ENTERTAINMENT IN THE NATURE OF SHOWS FEATURING CHARAC-TERS FROM RADIO AND TELEVISION PRO-GRAMS, VIDEO GAMES AND MOVIES; ROAD

SHOWS AND STAGED EVENTS FEATURING CHARACTERS FROM RADIO AND TELEVISION PROGRAMS, VIDEO GAMES AND MOVIES; ROAD SHOWS AND STAGED EVENTS FEATURING CHARACTERS FROM RADIO AND TELEVISION PROGRAMS, VIDEO GAMES AND MOVIES; THEATRICAL PERFORMANCES, NAMELY, PLAYS AND MUSICALS; ENTERTAINMENT SERVICES, NAMELY, ORGANIZING EXHIBITIONS, CONTESTS, GAMES, QUIZZES AND AUDIENCE PARTICIPA-TION EVENTS PERTAINING TO OR FEATURING ENTERTAINMENT RELATED TO FILM AND TELEVISION, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

OWNER OF UNITED KINGDOM REG. NO. 2442174, DATED 12-21-2006, EXPIRES 12-21-2016.

SER. NO. 75-479,847, FILED 5-5-1998.

WANDA KAY PRICE, EXAMINING ATTORNEY